UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

- - - - - - - - - - - - - - - - - - - - - - - - -

SUZANNE M. EGGLESTON and           :           2003 OCT 24  P 12: 18
FREDERICK A. LOVEJOY,              :

                                   :           US

            Plaintiffs,            :

                                   :           3:02CV188(WWE)

    -against-                      :

                                   :

E-TRADE SECURITIES, INC.,          :
E-TRADE, INC. and STEPHEN TACHIERA, :          October 23, 2003

                                   :

            Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - -

### PLAINTIFFS' REPLY TO DEFENDANTS E-TRADE, ET AL.'S MEMORANDUM DATED OCTOBER 10, 2003

Now come plaintiffs Suzanne M. Eggleston and Frederick A. Lovejoy, and for their Reply to Defendant E-Trade Securities, et al.'s Memorandum, dated October 10, 2003, state as follows:[1]

Contrary to defendants' assertion that the Second Circuit Court of Appeals Opinion in Specht is not applicable, plaintiffs, however, believe if the December 20, 1998 application is found to be applicable to one or both plaintiffs,[2] herein, plaintiffs believe that Specht and/or the cases cited therein may be illustrative to this Court.

Defendants inaccurately attempt to argue to this Court that the first thing that an applicant sees when they arrive at E-Trade's web page is the incomplete document that is

---

[1] Plaintiffs wish to remind the Court that it is their contention that the December 20, 1998 application to which defendant E-Trade, et al. refers is not operative because plaintiff Frederick A. Lovejoy closed the account associated with that application in November/December 2000, and withdrew all of the funds therein at that time; i.e., about $24,000.00. Thereafter, in January 2001, the plaintiffs sent to defendants the sum of $200,000.00, monies which belonged to both plaintiffs and which did not include the approximately $24,000.00 liquidated from the closed account in November/December 2000.

[2] Plaintiff Suzanne M. Eggleston did not execute the December 20, 1998 application.

provided at Exhibit 1 to the Declaration of Frank Gutierrez, dated October 9, 2003. (As Exhibit 1 thereto clearly indicates at its upper right hand corner, the document consisted of two pages, but defendants for some inexplicable reason have only provided page one to the Court.) Defendants inaccurately assert:

> First, Plaintiff Russo connected through the internet to E-Trade's account application webpage.

Clearly, defendants have not been forthright in this regard to the Court because in order to get to E-Trade's online application one must first go through it "general" website. When one goes to the E-Trade website, they first must encounter a number of pages which offer various services provided by E-Trade. (See Exhibit A attached hereto). None of those pages, including the pages referring to accounts, makes any reference and/or has a link to any Customer Agreement, as suggested by E-Trade (See Exhibit B). Moreover, when you open the "Open an Account" page (See Exhibit C), no mention, whatsoever, appears that refers/directs the viewer to any Customer Agreement which might relate to the various types of accounts that E-Trade offers.

Thereafter, if one then proceeds to "Request an E-Trade Securities Brokerage Account Kit" (See Exhibit D) there again is absolutely no reference and/or link to a "Customer Agreement". Additionally, if one then proceeds to the "Online Account Application," nowhere does any reference to any Customer Agreement appear.(See Exhibit E) Defendant E-Trade admits at p. 2 of its October 10, 2003 Memorandum that:

> Plaintiff Lovejoy entered information such as his address, income, net worth, and investment experience into an online form.

2

Thus, contrary to E-Trade's assertions, this case is very much like the situation in Specht, namely that no clear reference is made to any Customer Agreement which in turn might direct the viewer to an arbitration agreement.

Moreover, once the undersigned was actually able to locate the so-called Customer Agreement on October 22, 2003, what printed out was a bunch of unreadable hieroglyphics. (See Exhibit F attached hereto)

Additionally, what defendant E-Trade does not tell this Court is that not all of what appears on a page printed from defendant E-Trade's website appears on a computer screen at the same time. Simply stated, it takes approximately three (3) screens; i.e., screen heights, for all of the information contained in Exhibit G (also Exhibit A to the Declaration of Frank Gutierrez) to be gone through on a computer screen.

Thus, when plaintiff Frederick A. Lovejoy clicked on the "E-Trade Secure Online Application," which appears at the top of the page, he would have never seen the material which appears at the bottom of the printed exhibit; i.e., it would have required a viewing of the third screen in order to have gotten to that information. (See Exhibit G – highlighting ours)

Furthermore, while there are also two alternative ways to open an account, only one out of the three contains any reference to a Customer Agreement. Most importantly, the "Online Application", which is what defendant E-Trade contends plaintiff Frederick A. Lovejoy and he believes he used during his December 1998 application, contains no link, whatsoever, to a "Customer Agreement." (See Exhibit H)

3

Thus, the E-Trade process, once you enter its website, is not unlike that in <u>Specht</u> in that one is required to scroll down various screens in order to see an entire "document" and click on various connections to get to hidden documents. As such, a user may exit a multipage document, because of links, <u>et cetera</u>, prior to ever arriving at the material that entities such as E-Trade might claim binds a user.

Additionally, what <u>Specht</u> discusses is the line of "Online Transaction" cases which holds that the applicant specifically assent to an agreement by clicking on a box that indicated "I Agree" after being forced to view an agreement or which actually <u>requires</u> the applicant to have to scroll through the Customer Agreement in order for them to be bound. See cases cited under the heading "C. Online Transactions" at pp. 42-43 of <u>Specht</u>.

Furthermore, apparently defendant E-Trade is so desperate to have this Court find its way that it continuously makes blatant misrepresentations in its October 10, 2003's Memorandum. In particular, E-Trade inaccurately states:

> Thus plaintiff was advised to review the E-Trade Customer Agreement as he filled out his application, and -- immediately above his signature -- . . .

An examination of the four (4) page "Account Application" (See Exhibit H) indicates, however, that it contains <u>absolutely no admonitions or requirements</u> that the applicant read the Customer Agreement which itself is not accessible via/through the "Account Application". Importantly, Mr. Frank Gutierrez does not claim otherwise; i.e., that a viewer can get to the Customer Agreement via/through the "E-Trade Secure Online Application." In fact, that heading simply states: "<u>Complete a customized application *now* online, then just print, sign</u>

4

<u>and mail to E-Trade</u>." As is clearly evident, therefrom, no reference is made to any "Customer Agreement," never mind that you should, must or are required to assent to it.

Furthermore, defendant E-Trade now appears to claim that E-Trade, <u>through an outside vendor</u>, sent to plaintiff Frederick A. Lovejoy a "Welcome Kit", which contained a hard copy of the "Customer Agreement". As plaintiff Frederick A. Lovejoy has unequivocally stated previously, and states in his 28 U.S.C. § 1746 statement dated October 23, 2003, no copy of the "Customer Agreement" was ever sent to him by mail, <u>ever</u>!

Moreover, if an outside vendor sent anything to plaintiff Frederick A. Lovejoy as alleged, the vendor would surely have a record of what it mailed, when it was mailed, and to whom.  Defendant E-Trade, however, has proffered no exhibit in support of this new contention.[3]

Again, defendant E-Trade mistates what appears in Exhibit 1 to the Declaration of Frank Gutierrez, when it states at page 3:

> When E*TRADE received and approved the application, it mailed Plaintiffs a "welcome kit," as described in the New Account Application. *See* Exhibit 2 at 1 ("As soon as your signed forms are received . . . and approved, we will send you a welcome kit with everything you need to get started."). Signficiatnly, the welcome kit *included a hard copy of the same Customer Agreement containing the arbitration provision that Plaintiff had previously reviewed and approved.* Gutierrez Decl. ¶6.

However, when one reviews Exhibit 1, an "<u>Account Kit</u>" is mentioned if one applies by "Download an Application" or by "Request by Mail/Other Forms." and when one,

---

[3] Illustrative of how defendant E-Trade fails to follow through on its policies is the fact that even after plaintiff wrote to E-Trade in January 2001, advising it of their change of address, and again telephoned defendant E-Trade

however, applies by "Online" application reference is made to a "Welcome Kit". Simply
stated, plaintiffs believe that Mr. Gutierrez is mistaking E-Trade's "Account Kit" with its
"Welcome Kit." Moreover, Mr. Gutieerez states that he was/is the Senior Manager of
Software Engineering and Web Development. Nowhere does Mr. Gutierrez state that he
had/has any responsibility with respect to the receipt of account application and/or what is sent
to applicants and how. Simply stated, it would appear that Mr. Gutierrez has no personal
knowledge of these facts and was most likely fed that information from someone else. As
such, it should be disregarded by this Court as it does not appear to be made on personal
knowledge.

Finally, the reference in the Account Application to a "Pre-Dispute Arbitration Clause"
clearly creates an ambiguity which should result in any "binding arbitration agreement" being
held unenforceable. Had defendant E-Trade wanted to advise an applicant that an applicant
was subject to binding arbitration, it could have clearly stated that in a few words. What it,
however, stated was that there was a "pre-dispute arbitration clause" which even to "an
experienced litigation attorney," who is not in the business of drafting contracts or commercial
agreements, would believe indicated that whatever it might be that entail was not binding
because it was required to become before the filing of any actual dispute. Webster's Ninth New
Collegiate Dictionary defines "pre" as follows:

> Pre- *prefix* (ME, fr. OF & L; OF, fr. L *prae-*. fr. *prae* in front of,
> before –  more at FOR) 1 a (1) : earlier than : prior to : before (*Pre*cambrian)
> (*pre*historic) (*pre*-English) (2) :  preparatory or prerequisite to (*pre*medical)

---

on several occasions, it took E-Trade somewhere between 6 and 8 months to actually update plaintiff's mailing
address. (See Exhibit I – highlighting ours)

(*pre*journalism) b : in advance : beforehand (*pre*cancel) (*pre*pay) 2 a : in front
of : anterior to (*pre*axial) (*pre*molar) b : front : anterior (*pre*abdomen)

It is "black letter law" that ambiguities as to the terms of a contract shall be construed against

the drafter. In this case if the Court finds that there was an agreement to arbitrate it should

further find that the terms were so ambiguous as to <u>not</u> result in binding arbitration.

Thus, under <u>Specht</u>, the alleged "arbitration agreement" was both <u>not</u> accessible and

was <u>not</u> unambiguous; i.e., clearly visible or clearly stated.

### CONCLUSION

Based on the foregoing, this Court should deny defendants' Motion to Compel

Arbitration and stay the instant proceedings.

Dated: Easton, Connecticut  
      October 23, 2003

LOVEJOY & ASSOCIATES  
Attorneys for Plaintiffs,  
Suzanne M. Eggleston and Frederick A. Lovejoy

By:_____  
Frederick A. Lovejoy (CT 03121)  
276 Center Road  
P.O. Box 56  
Easton, Connecticut 06612  
(203) 459-9941  
(203) 459-9943 (telefax)

RussoReply2.doc

Exhibit  A



**Open an Account**    Help Center   Quotes    Search   

| Home | Accounts | Investing | Banking | Lending | Plan & Advice |

▶ Open an Account   ▶ Access Us   ▶ Corporate Services   ▶ About Us

October 22, 2

## Smart Deals

**Get the best deal on your mortgage**
Compare lenders fast with Fair Compare from E*TRADE Mortgage.

**Power E*TRADE: #1 for active traders**
Ranked #1 by Gomez for three years running. Get $9.99 commissions plus our 9-second execution guarantee.

**E*TRADE FINANCIAL Platinum Visa**
Transfer your high-interest debt from other cards, or get a generous line of credit for purchases, debt consolidation—anything at all.

**Electronic Deposits**
Move money to and from any outside financial institution—fast.

 | U.S. - English |

### *Lower your commissions.*
### *Not your expectations.*



*Get $9.99 flat commissions now with Power E*TRADE.*

**Find out more** ▶

**Also don't miss out...**
- Move money fast with Quick Transfer
- Cut your car payments—refinance your auto loan today
- Explore your options: new education modules

**Announcements**
- Replay the E*TRADE Financial Corporation third quarter 2003 earnings call

### Log On
**User Name:**

**Start In:**
Home

**LOG ON**

Forgot your p

| Markets | R |

**Mortgages**
30-YEAR FIXED
15-YEAR FIXED
7-YEAR ARM
5-YEAR ARM
**Home Equity**
LINE OF CREDIT
INSTALLMENT
10/22/2003 9:0

**Rate Assu**


EQUAL H
LEND

Home  |  Accounts  |  Investing  |  Banking  |  Lending  |  Plan & Advice  |  Contact Us  |  Site Map

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

Securities products and services offered by E*TRADE Securities LLC (member NASD/SIPC) are not insured by the FDIC, are not guaranteed obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.

Statement of Financial Condition  |  About Brokerage Insurance  |  Customer/User Agreement  |  View Privacy & Security Statemen
© 2003 E*TRADE FINANCIAL Corp. All rights reserved. Version 1.0. 16w18m3

Exhibit  B

 **E✱TRADE**
**FINANCIAL**

Open an Account     Help Center    Quotes     Search    

| Home | Accounts | Investing | Banking | Lending | Plan & Advice |

▶ Open an Account    ▶ Access Us    ▶ Corporate Services    ▶ About Us

October 22, 2

## Smart Deals

**Get the best deal on your mortgage**
Compare lenders fast with Fair Compare from E*TRADE Mortgage.

**Power E*TRADE: #1 for active traders**
Ranked #1 by Gomez for three years running. Get $9.99 commissions plus our 9-second execution guarantee.

**E*TRADE FINANCIAL Platinum Visa**
Transfer your high-interest debt from other cards, or get a generous line of credit for purchases, debt consolidation—anything at all.

**Electronic Deposits**
Move money to and from any outside financial institution—fast.

U.S. - English

### *Lower your commissions. Not your expectations.*

Get *$9.99 flat commissions* now with Power E*TRADE.

**Find out more** ▶

 **$9.99**

**Also don't miss out...**
- Move money fast with Quick Transfer
- Cut your car payments—refinance your auto loan today
- Explore your options: new education modules

**Announcements**
- Replay the E*TRADE Financial Corporation third quarter 2003 earnings call

**Log On**

**User Name:**

**Start In:**
Home

**LOG ON**

**Forgot your p**

| Markets | R |

**Mortgages**
30-YEAR FIXED
15-YEAR FIXED
7-YEAR ARM
5-YEAR ARM
**Home Equity**
LINE OF CREDIT
INSTALLMENT
10/22/2003 9:(

Rate Assu

 EQUAL H LEND

---

Home    |    Accounts    |    Investing    |    Banking    |    Lending    |    Plan & Advice    |    Contact Us    |    Site Map

Investment Products: • Not FDIC Insured  • No Bank Guarantee  • May Lose Value

Securities products and services offered by E*TRADE Securities LLC (member NASD/SIPC) are not insured by the FDIC, are not guaranteed obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.

Statement of Financial Condition    |    About Brokerage Insurance    |    Customer/User Agreement    |    View Privacy & Security Staten
© 2003 E*TRADE FINANCIAL Corp. All rights reserved. Version 1.0. 2w3m4

Page 1 of 1

    Open an Account    Help Center  | Quotes  | Search 

| Home | Accounts | Investing | Banking | Lending | Plan & Advice |

▶  Accounts & Balances   ▶  Portfolios   ▶  History   ▶  Records   ▶  Transfer Funds   ▶  Bill Pay   ▶  Acc

October 22, 2

## Types of Accounts

**Investing**
Individual
Joint
Education and Custodial
Retirement

**Banking**
Checking and Savings
CDs
Money Market

**Mortgages & Loans**
Auto Loan
Home Mortgage
Credit Cards

## Account Features

ATM & Checkcard
Bill Payment
Fund Transfers
Electronic Statement
Margin Loans
Real-time updates
Wireless Access

## Accounts

### See all of your accounts in one place

With our new Accounts section, you'll always know exactly where you stand.

**Open an account today** ⊙

### We make it easy to get the most from your money

As an E*TRADE FINANCIAL customer, you have everything you need to manage your accounts under one roof—right at your fingertips:

- Real-time positions and balances
- Customizable portfolio manager
- Downloadable account history
- Electronic statements and confirms
- Easy online cash transfers
- Online bill payments

**Log On**

**User Name:**

LOG ON

**Forgot your p**

? **HOW DO**

**Open a broker**

**Open a bank a**

**View commiss**
**and fees**

**Power E*TRADI**

Our exclusive pro
traders offers:

- Commission I
- Priority Custo
- High-Powered

---

Home  |  Accounts  |  Investing  |  Banking  |  Lending  |  Plan & Advice  |  Contact Us  |  Site Map

Investment Products:  •  Not FDIC Insured   •  No Bank Guarantee   •  May Lose Value

Securities products and services offered by E*TRADE Securities LLC (member NASD/SIPC) are not insured by the FDIC, are not guaranteed obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.

Statement of Financial Condition  |  About Brokerage Insurance  |  Customer/User Agreement  |  View Privacy & Security Staten

© 2003 E*TRADE FINANCIAL Corp. All rights reserved. Version 1.0. 16w18m3

# E✱TRADE
## FINANCIAL

**Open an Account**       Help Center    | Quotes  | Search    

| Home | Accounts | Investing | Banking | Lending | Plan & Advice |

▶ Markets   ▶ Trade   ▶ Portfolios   ▾ Investments   ◀ Quotes & Research   ▶ Power E*TRADE

Stocks  |  Options  |  Mutual Funds  |  Bonds  |  IPOs  |  Extended Hours Trading                October 22, 2

## Getting Started

**Start Trading in Minutes**

**Apply now!** 

Or call **1-800-786-2575** to apply by phone

---

**Already a Customer?**

**Tools**
Trade
Portfolios

**Products**
Stocks
Options
Mutual Funds
Bonds
IRAs

**Learn more**

How orders are routed

View NASD Margin Disclosure Statement

## Investing

# Lower your commissions.
# Not your expectations.

*Get $9.99 flat commissions now with Power E✱TRADE.*

**Find out more** ⊙

 **$9.99**

### Why invest with E*TRADE Securities?

Our low commissions, expert service, and easy-to-use trading tools are hard to beat. Highlights:

- **Streaming real-time stock quotes**—To help you stay on top of the market.

- **Investment ideas**—From sources like S&P, Briefing.com, ClearStation, and more.

- **9-second execution guarantee**—The fastest in the industry.

- **Mutual fund center**—Choose from over 5,000 funds, many with no loads or transaction fees.

### Even more power for active traders

If you trade frequently, **Power E*TRADE** gives you the edge you need to stay on top of the market:

- **$9.99 flat commissions** with no extra charges for stop and limit orders.

- **Real-time trading command center** with streaming Nasdaq Level II quotes.

- **Dedicated priority customer service** with exclusive trading hotline.

### Quotes 🔍

Enter symbol(s

⬜ QUICK

| | |
|---|---|
| Nasdaq | 1916 |
| DJIA | 9663 |
| S&P 500 | 1037 |

**Track the**
 20 Minut

### Nasdaq  DJ

10/22/03–10:



11      1

**1917.07 -1.2**

### Nasdaq  N

## Most Actives

| Sym. | Price | Cl |
|---|---|---|
| MSFT | 29.11 | -0 |
| SIRI | 2.64 | 0 |
| RFMD | 11.78 | 0 |
| AMZN | 55.70 | -3 |
| SUNW | 3.44 | -0 |
| INTC | 31.68 | -0 |
| AMGN | 61.40 | -2 |
| IVAN | 3.16 | -0 |
| CSCO | 20.99 | -0 |
| RBAK | 0.54 | -0 |

---

Home   |   Accounts   |   Investing   |   Banking   |   Lending   |   Plan & Advice   |   Contact Us   |   Site Map

Investment Products:  • Not FDIC Insured  • No Bank Guarantee  • May Lose Value

Securities products and services offered by E*TRADE Securities LLC (member NASD/SIPC).

System response and account access times may vary for a number of reasons, including trading volumes, market conditions, system performance, and other factors.

Statement of Financial Condition   |   About Brokerage Insurance   |   Customer/User Agreement   |   View Privacy & Security Statem

© 2003 E*TRADE FINANCIAL Corp. All rights reserved. Version 1.0. 16w18m3

# You are leaving E*TRADE Bank

# and entering E*TRADE Securities.

**E*TRADE Bank and E*TRADE Securities LLC, are affiliated but separate companies.**

**Investment Products available from E*TRADE Securities LLC, are:**
- Not insured by the FDIC
- Not a guaranteed deposit or obligation of E*TRADE Bank
- Subject to investment risks, including the possible loss of the principal invested

You are leaving the Web site of E*TRADE Bank, an FDIC-insured savings bank, and proceeding to the web site of E*TRADE Securities LLC, a separate company registered as a broker/dealer with the Securities and Exchange Commission and the NASD/SIPC.

Enter Brokerage          Return to Bank

 

# E✳TRADEBANK
Member FDIC

**Open an Account**    ⑦ **Help Center**  |  Quotes  GO  |  Search    GO

| Home | Accounts | Investing | **Banking** | Lending | Plan & Advice |

▸ **Balances**   ▸ **Account Details**   ▸ **Bill Pay**   ▸ **Transfer Funds**   ▸ **Reports**   ▸ **Customer Service**   ▸ **Open an**

October 22, 2

## What's Here

**Balances**
**Account Details**
**Bill Pay**
**Transfer Funds**
**Reports**
**Customer Service**
**Open an Account**
**Total Protection**
**Guarantee**

Customer Service

**Free Bank Catalog**
**Locate an ATM**
**Make deposits**
**Get printable forms**
**View online help**
**View bank fees**


**TOTAL PROTECTION**
**GUARANTEE**
FIND OUT MORE >


**Member FDIC** Bank deposits insured up to $100,000


Forbes' Best of Web: 2000-2003

# Banking


**NEW!** *Making deposits just got easier*
Move money where it earns the most with Quick Transfer
**Learn more** ▸

**Electronic Deposits**
Move money to and from any outside financial institution—fast.

**Call 1-800-ETBANK-1**
Access and manage all your bank accounts over the phone.

### New! Improved Online Banking


**View the demo**

High rates and great service are just the beginning. We've i
E*TRADE Bank to make it simpler, better, and faster to use

- Real-time balances at a glance
- Move money fast with our new Quick Transfer service—charge
- Simpler online bill payment
- Ability to categorize transactions to track spending
- Projected balances seven days ahead
- Cleared check images online

Learn more about these enhancements.

### At E*TRADE Bank, you always get:

- Rates consistently higher than the national averages[1]
- Coverdraft protection for your checking account[3]
- No ATM fees. We don't charge our customers fees to use our ATMs—even non-E*TR FINANCIAL ATMs
- Access to your cash at over 600,000 PLUS® ATMs and our own network of over 15,0
- Real-time cash transfers between E*TRADE Bank accounts[4]
- FDIC-insured deposits up to $100,000

And it's all backed by our Total Protection Guarantee and the resources of the nation's 8t
savings bank.

Compare Our Rat

**Products**
**Checking**
Complete
Value
**Money Market**
Money Market
Money Market Plus
**Savings**
SmartSaver
**CDs**
1 Year
2 Year
3 Year
5 Year

E*TRADE Bank[1] and N

Home  |  Accounts  |  Investing  |  Banking  |  Lending  |  Plan & Advice  |  Contact Us  |  Careers  |  Site

 **Member FDIC**   **Banking Products:** • Member FDIC    EQUAL HOUSING LENDER

## PLEASE READ THE IMPORTANT DISCLOSURES BELOW

[1]Annual Percentage Yield (APY) as of October 22, 2003 12:12 AM ET. Rates subject to change daily. Initial deposit of $1,000 required for Certific
Substantial penalty for early withdrawal on CDs. Minimum balance of $2,000 required to avoid a monthly fee on Value Checking accounts. Minimum
required to avoid a monthly fee on Complete Checking Accounts. Minimum balance of $1,000 required to avoid a monthly fee on Money Market and S
Minimum balance of $15,000 required to avoid a monthly fee on E*TRADE Bank Money Market Plus accounts. Rates on Value Checking, Complete
Market, E*TRADE Bank Money Market Plus, and SmartSaver Savings accounts subject to change daily after account is opened. Certain fees may r
accounts.

[2]Source: Annual Percentage Yield (APY) National Index, as reported by Bankrate.com, a publication of Bankrate, Inc., for the week ended

[3]Coverdraft Protection: If you have a valid checking account, you can request Coverdraft Protection as long as you also have another E*TRADE Ban
Market account. Coverdraft Protection is not available for online bill payments. See Bank Fees for Coverdraft Protection costs. This is not a len

[4]Transfers requested before 5:30pm ET are processed the same business day. Transfers requested after 5:30pm ET are process the next bu

E*TRADE Bank is a Federal Savings Bank, Member FDIC: Bank deposits are FDIC insured up to $100,000. E*TRADE Bank is a wholly-owned subs
FINANCIAL Corp.

Copyright © 2003 E*TRADE Bank ®. All rights reserved. 6w18m3

View Privacy & Security Statements

# E✷TRADE
**FINANCIAL**

**Open an Account**   **Help Center**   Quotes   Search  

| Home | Accounts | Investing | Banking | **Lending** | Plan & Advice |

▶ Home Purchase  ▶ Refinance  ▶ Home Equity  ▶ Auto  ▶ RV & Marine  ▶ Credit Cards  ▶ Credit Reports

October 22, 20

## What's Here

**Mortgage on the Move**
**Fixed Rate Home Loans**
**Adjustable Rate Loans**
**Refinance Loans**
**Home Equity Loans**
**Auto Loans**
**RV & Marine**
**Credit Cards**
**Credit Reports**

### Related Links
**Fair Compare**
**4 Steps to Closing**
**MyLoanTeam**
**Free Credit Report**
**5 Things to Ask Your Lender**

**ROAD MAP TO**
*Buying a Home*
Follow these 4 easy steps
**Watch Now** ▶
(Requires Flash 5)


**2.99%** *INTRO APR*
*On a Home Equity line of Credit* ▶

## Lending


**Low-cost**
*auto & motorcycle loans*
**Apply today and drive away**
*in as little as 2 days*
**Apply today** ▶

### Mortgage Express Rate Quote

| Loan Purpose | Loan Type | Loan Amount |
|---|---|---|
| Select one | 30-year fixed | 0 |

| Property Location | Use of Property | Property Value |
|---|---|---|
| CA | Primary home | 0 |

Property Type
Single family

**GET RATES**

| First Name* | Last Name* | E-mail Address* |
|---|---|---|

\* Optional fields

**Home purchase and refinance**
We offer great rates, superior service and a fast and convenient way to lock in your rate online.
**APPLY**

**Home equity loans**
Add on a new room or pay off those high-interest credit cards with a low interest rate home-equity loan.
**APPLY**

**Auto loans**
We'll guarantee your rate for 30-days while you shop around for your new vehicle.
**APPLY**

**RV & Marine**
We can help you save with low rates for new, used and refinancing loans. Our dedicated customer service representatives will help you every step of the way.
**APPLY**

**Credit Card**
Save money today with low rates and no annual fee. Transfer balances from other high interest credit cards and save even more. Get an instant decision online.
**APPLY**

### Our Low Rates

**Mortgage**
30-YEAR FIXED    5.
15-YEAR FIXED    4.
7-YEAR ARM    4.
5-YEAR ARM    4.

**Home Equity**
LINE OF CREDIT    2.
INSTALLMENT    6.

**Auto**
36-MONTH NEW
36-MONTH USED


EQUAL HOUSING LENDER

**Learn about**
**Up Front**
**Promise**

\*Interest rate and Annual Percentage Rate (APR) based upon $200,000 loan
with 80%LTV and 360 monthly payments. (Quote is with impounds.) Rates
are subject to change without notice.

Home  |  Accounts  |  Investing  |  Banking  |  Lending  |  Plan & Advice  |  Contact Us  |  Site Map

**Mortgage Products**  •  Equal Housing Lender

E*TRADE Mortgage Corporation is a wholly owned subsidiary of E*TRADE Bank, A Federal Savings Bank, Member FDIC.

About Us  |  Privacy Statements  |  Legal  |  Your Comments

Copyright © 2003 E*TRADE Mortgage Corporation. All rights reserved.



| | |
|---|---|
| **Open an Account** |  **Help Center** \| Quotes  \| Search  |

| Home | Accounts | Investing | Banking | Lending | **Plan & Advice** |
|---|---|---|---|---|---|

▶ **Advice**   ▶ **Retirement**   ▶ **Education Savings**   ▶ **Tax**   ▶ **Insurance**   ▶ **Knowledge Center**

October 22, 2

## What's Here

Retirement
Education Savings
Tax
Insurance
Knowledge Center

**Manage Your Money**

**Open a retirement account**

**Start education savings now**

**Get a tax-deferred account**

**Check your account performance**

**Do the mortgage math**

**Reduce your debt**

**Set up monthly deposits**

## Plan & Advice

*Get Federal*
# *tax-free income*

*Introducing the E*TRADE Municipal
Money Market Fund, Premier Class*     *Find out more* 

### Planning Matters...

- Before You Begin
- Establish a Solid Plan
- Asset Allocation
- Estate Planning

### Express IRA Center

IRAs offer great tax advantages, plus the flexibility to withdraw money—penalty free—to buy your first home, pay for college, or cover major medical expenses.*

Four steps to opening your IRA in minutes:

1. **Choose** the IRA that's right for you
2. **Open** your account online
3. **Contribute** to your account instantly
4. **Invest** your IRA assets

Want to know more? Read our IRA tips and strategies.

*Limitations apply and that non-qualified withdrawals may be subject to income tax and a 10% IRS penalty.

---

Home   \|   Accounts   \|   Investing   \|   Banking   \|   Lending   \|   Plan & Advice   \|   Contact Us   \|   Site Map

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

Securities products and services offered by E*TRADE Securities LLC (member NASD/SIPC) are not insured by the FDIC, are not guaranteed obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.

Statement of Financial Condition   \|   About Brokerage Insurance   \|   Customer/User Agreement   \|   View Privacy & Security Statem

© 2003 E*TRADE FINANCIAL Corp. All rights reserved. Version 1.0. 16w18m3

Exhibit  C



| **Home** | Accounts | Investing | Banking | Lending | Plan & Advice |

▸ Open an Account   ▸ Access Us   ▸ Corporate Services   ▸ About Us

 Help Center   Quotes   Search 

October 22, 2

## What's Here

**Investing Accounts**
**Bank Accounts**
**Lending Products**
**Insurance**

Learn More

**Download Bank Catalog**
**Download Brokerage Catalog**
**Products and Services**
**Commissions and Fees**
**Privacy and Security**
**ATM locator**
**Tools and Research**

# Open an Account

Choose from our most popular accounts. Click on the account name to view details. If y
help in understanding which account is right for you, call **1-800-387-2331**.

Investing Accounts                                                View all inv

**Power E*TRADE**$^{SM}$
Active trader account with reduced commissions, exclusive tools
and priority service                                              Apply online |

**General Investing**
Brokerage account with trading, research, and cash
management                                                        Apply online |

**Retirement Accounts (IRAs)**
Tax-advantaged accounts designed to help you meet your long
term retirement goals                                             Apply online |

Bank Accounts                                                     View all

**Checking**
Unlimited checking with ATM access and online bill payment        Apply online |

**Money Market**(Our most popular bank account)
Premium rates with instant access to your money                   Apply online |

**Savings**
High rates without the term requirements of a CD                  Apply online |

**CDs**
Fixed-rate, variable-rate, and IRA certificates of deposit        Apply online |

Lending Products                                                  View all le

**Fixed Rate Home Purchase Loan**
Make the same monthly payment for the life of the loan            Apply online | Expr

**Home Equity Loan**
Borrow up to 100% of the value of your home with competitive rates           Expr

**Refinance**
Lower your monthly payment or withdraw equity from your
home                                                              Apply online | Expr

Insurance

**Instant Term Life Insurance**
Get up to $1,000,000 in term life coverage                        Get Quote*: Choose S

**Homeowner's/Renter's Insurance**
Protect your home and your valuables                              Get Quote*: Choose S

**Auto Insurance**
Save with a low-cost auto insurance policy                        Get Quote*: Choose S

                                                    * Coverage is not yet av

$^{1}$ Requires Acrobat Reader

Home  |  Accounts  |  Investing  |  Banking  |  Lending  |  Plan & Advice  |  Contact Us  |  Site Map

Investment Products: • Not FDIC Insured  • No Bank Guarantee  • May Lose Value

Securities products and services offered by E*TRADE Securities LLC (member NASD/SIPC) are not insured by the FDIC, are not guaranteed obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.

Statement of Financial Condition  |  About Brokerage Insurance  |  Customer/User Agreement  |  View Privacy & Security Statement
© 2003 E*TRADE FINANCIAL Corp. All rights reserved. Version 1.0. 13w20m3

Exhibit  D



**Open an Account**     Help Center | Quotes  | Search 

| Home | Accounts | Investing | Banking | Lending | Plan & Advice |

▶ Open an Account    ▶ Access Us    ▶ Corporate Services    ▶ About Us

October 22, 2

# Request an E*TRADE Securities Brokerage Account Kit

We'll be glad to send you an E*TRADE Securities new brokerage account kit in the U.S. mail. All of our new account kits cor information and everything you need to open your account.

**Tell Us About Yourself**

| | |
|---|---|
| First Name: | |
| Last Name: | |
| Address Line 1: | |
| Address Line 2: | |
| City/Town: | |
| State/Province: | |
| ZIP/Postal Code: | |
| Country: | United States |
| Best daytime phone: | |
| E-mail Address: | |

**What would you like us to send you? (Limit one per category)**

**Brokerage Accounts**

○ **Personal Account Application Kit**
An individual, joint or custodial standard brokerage account

○ **Power E*TRADE Account Application Kit**
For active investors who plan to trade 27 or more times per quarter

○ **Trust Estate, or Conservatorship Account Application Kit**
A specialty account that allows you to transfer assets to one or more recipients in trust

○ **Investment Club Account Application Kit**
An account used by a group of people who may share investment goals

**Retirement/Savings Plans**

○ **IRA Account Kit**
Includes information and applications for both Traditional and Roth Individual Retirement Accounts

○ **Rollover IRA Application Kit**
A holding account for funds distributed from an employer's qualified retirement plan (like 401k or 403b)

○ **Coverdell Education Savings Account Kit**
Lets you invest up to $2000 a year for education with tax-free earnings and withdrawals

**Business Accounts**

○ **Business Account Kit (Corporation, Partnership & Sole Proprietor)**
A brokerage account designed for corporations, partnerships, and sole proprietorships

○ **SEP-IRA Application Kit (Includes 5305 SIMPLE Form)**
A retirement account for people who are self-employed, or for use by small companies for qualified employees

○ **SIMPLE IRA Application Kit (Includes 5304 SIMPLE Form)**
An employer-operated savings plan for companies with 100 or fewer employees

○ **Custodial Money Purchase Plan Application Kit**
A Keogh-type pension plan for small businesses

○ **Custodial Profit Sharing Plan Application Kit**
A qualified retirement pension plan for small companies; similar to a 401k

[ SUBMIT ] [ CLEAR SELECTIONS ]

Home | Accounts | Investing | Banking | Lending | Plan & Advice | Contact Us | Site Map

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

Securities products and services offered by E*TRADE Securities LLC (member NASD/SIPC) are not insured by the FDIC, are not guaranteed obligations of E*TRADE Bank, and are subject to investment risk, including possible loss of the principal invested.

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, system performance, and other factors.

Statement of Financial Condition    |    About Brokerage Insurance    |    Customer/User Agreement    |    View Privacy & Security Statem
© 2003 E*TRADE FINANCIAL Corp. All rights reserved. Version 1.0. rtao1m3

Exhibit  E

# E✳TRADE
# FINANCIAL·

**Online Account Application**

YOUR PROGRESS

## Select Your E*TRADE Securities Brokerage Account

How would you like to register your brokerage account?
(select one)

(?) **GET HELP**

### Personal Accounts (Non-Retirement)

○ **Individual account**—for yourself

○ **Joint account**—with someone else

○ **Custodial account**—for a minor

### Other

○ Request an account kit by mail

**CONTINUE**

 **E✱TRADE FINANCIAL**    Online Account Application        YOUR PROGRESS

## Select Your E✱TRADE Securities Brokerage Account

Select the type of account you wish to open:
(select one)

ⓘ GET HELP

○ **Cash** account—requires full funds for purchases

◉ **Margin** account—allows you to borrow against the assets in your brokerage account

○ **Margin** account with **options** trading (options application will be forwarded)

💡 **NOTE: Margin trading involves risks and it is important that you fully understand those risks before trading on margin.** Margin trading is available 7 business days after account opening. **More information on trading on margin.**

How will you fund your account?
(check at least one)

☐ **INSTANT FUNDING**—Transfer money from your checking account.
　With an initial deposit of $1,000 or more you'll get an ATM Check Card!

☐ **Check Deposit**

☐ **Transfer an account** from a brokerage, mutual fund, or bank

☐ **Securities certificate(s)** enclosed (such as stock certificates)

ⓘ **$1,000 minimum (unless special exceptions apply)** for cash accounts
**$2,000 minimum (no exceptions) for** margin accounts

ⓘ **$10,000 maximum** for instant funding

 BACK     CONTINUE

# E✳TRADE
# FINANCIAL·

**Online Account Application**

YOUR PROGRESS

## Enter Personal Information

**Your name:**

First name                    Middle name (optional)                    Last name

_____             _____                        _____

---

**Your street address:**

 ● This is my mailing address  ○ I have a separate mailing address

Street address (Cannot be a P.O. Box)                    Street address, line 2 (optional)

City (no abbreviations)                    State or province              ZIP or postal code
_____                         _____              _____

Country (select one)
United States                    ▦

> **NOTE:** If you are using a mail drop location as your mailing address, a physical address
> must also be provided for our records. All correspondence will be addressed to the
> mailing address.

 BACK     CONTINUE