Exhibit  F



E*TR        A  DE FINAN            C  I AL -      Home



imp   ermi   ss ibl e s   hort   sal  e a   nd m    ay   res   ult   in m   y Ac   co   unt   bei   ng re

( q) Divid     ends,     Intere      st an    d Subs      cription      Rights

( r )  Impartia    l Lott    ery Alloc     ation    Syste    m

( s) "Con      tr o l" o    r  "Restric      ted"    Secu    r i ties

7  TRADING         SYSTEM

E*TR      A DE FINAN          C I AL -      Home



B.  und  erstand   that:

1 .    Arbit    r a tion i    s fina    l and    bindi    ng on    the p    arties.

2 .    T he p    arties    are waivi    ng the    ir right to    see    k reme    dies

3 .    Pre-a    rbitration    disc    overy    is g    eneral    ly m    ore lim    ited th

4 .



5 .

C.   N o    perso    n will brin    g a p    utativ    e or ce    rtified    clas    s ac    tion t

1 .    t he cl    ass    certific    ation    is d    enied    ;

2 .    t he cl    ass    is de    certifie    d; or

3 .    t he cu    stome    r is e    xclu    ded from    the    clas    s by    the c    o

E*TR    A  DE FINAN        C  I  AL -      Home

with m   argi   n tra   din  g.

( a) Colla     teral; L     iquida     tions    and     C o vering     Positi     ons

r     as    ons    :

1 .    if th  e v    alue    of    my    se   curi    ties    an   d ot    her a    ss   ets    fal   ls    or if

2 .    if I f    ail    to p    rom    ptly    me   et a    ny    cal   l fo   r add    iti onal    co   lla   teral

3 .    if I i    ndi   ca te to    E*TRAD     E  S  e cu   ritie   s t hat I    do   not i   nten   d

4 .    if I f    ile   a p    etiti    on   in b    ank    ruptc   y or if    su   ch    a pe    titi on i   s fi

5 .    if I s    ee   k o   r acq    uie   sc e to    the    app    oint    men   t of    a rec   ei ver;

6 .    if an     att    ach   men   t is   le   vie   d a   gain    st any    of m    y  Acc    ount    s

7 .    if I d    ie;   or

8 .    a ny    othe    r ci   rcu   ms   tanc   es   whic    h i   n E*TRADE Sec             uriti    e

E*TR    A DE FINAN    C I AL - Home

**( f) Ma    r g in Inte    rest Rate    s.** The    inte    rest  rate  for m    argi    n l oans



**1 0. OPTIONS TRADING**

E*TR    A  DE FINAN        C  I AL -    Home



( e) Uncov        ered    O  pti  ons Sa      les

Un   les  s l  rec   eiv  e writt    en a  utho   riz atio  n fro   m E*TRADE Sec              urit

■   s  el l (writ    e) a c    al l op  tion  unl   es  s l  own th      e un    derl  yin g s  ecu  r

■   s                    (                                   r

■   p       e t   es     th    are    not    perm  iss   i e      of    the    –  tion    v

( f) Uncov        ered Option         s Disc      losu    r  e

t ype    of    stra      n  a    b   e S        ble   e      ll c     ton    s       rove

1 .      inc   r la   rge           if   the    al   u o       n     de    yin g in   u   m

2 .      A           in t he    al u of   es nd       –   if    t m

3 .

4 .           mi  red.

E*TR        A  DE FINAN          C  I AL -     Home



(b) Fund        Restric        tions

(c) Prospe        ctus     es

(d) E*TRAD        E   Funds

E*TR    A DE FINAN    C I AL -    Home



9.

1 0.

1 1.

1 2.

**1 2. OTHER PROVISIO            NS AND DISCLOSUR            E**

**( a) After        -Ho  urs and        Pre-M  arke  t Tradi      ng an      d Other Te        r m  s  a**

**( b) U.S. Eco          nomic      Sanc      tions**



E*TR    A DE FINAN        C I AL -    Home



p erm    itte  d by    E*TRADE Sec            uriti   es.

**( i) Power of Attorne**                    y

I  agre    e an   d he   reby   irre   voc   ab  ly  appo    int  E*  T R  ADE Se       cur  itie   s, w

**( j) Power and**        Authority

**( k) Head    ings**

r igh   s o   r ob     tion   s s     of th   e  ion   t  ch   pro   is  io.

**( l) Entire Un        derstan   ding; As      signm   ent**

**( m) Choic       e of    Law**

I i  b  ili  t s o   he  p rti  e  rmi    ed  in   ord  ar   e  ith   th   al  i

**( n) Elec     tr  o  nic Si   gnature     s**

E*TR    A DE FINAN    C I AL -    Home



E*TR     A  DE FINAN       C  I AL -     Home



Exhibit  G

| ☒ | ☒ Open E*TRADE Account |
|---|---|

# Choose one of these 3 easy ways to apply:

- **The E*TRADE Secure Online Application.**
  Complete a customized application *now* online, then just print, sign and mail to E*TRADE.
- **Download an E*TRADE Application and Customer Agreement.**
  Save the file on your harddrive in Adobe PDF Format, print, complete, and mail to E*TRADE.
- **Request an E*TRADE Account Package by mail.**
  It takes just a few seconds to have a full application packet sent to you by mail.

**Note:** IRA Applications are not available online and must either be downloaded or sent by mail.

| Secure E*TRADE Online Application | Download an Application |
|---|---|
| For a customized online account application, complete the information below. | To download an E*TRADE Application (in Adobe PDF format), select one of the links below! |
| **Registration:** Select One | • **Standard Application Kit** |
| **Trading Level:** Cash/Margin | • **IRA Application Kit** |
| **Funding:** ☒ Check ☐ Account Transfer | *Note: To read this file, you will need to have an Adobe Acrobat Reader installed on your system.* |
| ☒ Wire ☐ Security certificate | |
| [Apply] **Application Checklist** | ☒ Get |

| Request by Mail / Other Forms |
|---|
| Receive a full E*TRADE Account Kit by mail or request additional forms.<br>(Note: You may need additional forms when opening an E*TRADE account.)<br>[By Mail]    [Other Forms] |

**Canadian? Go to E*TRADE Canada**

*Please check with the laws of your statue to ensure that the type of registration you are requesting is permissible.*

# Application Checklist

1. Read our **Customer Agreement**.
2. Select one of our **3 Easy Ways to Apply**.
3. Include your initial deposit (minimum deposit is $1,000 for cash accounts; $2,000 for

# Exhibit  H

E*TRADE Account Application Form : SPOE (AOL) : 47952021 JD10255403          Page 1 of 4



## More Research. More Tools. More Power.

Home | Portfolio & Markets | Stocks & Options | Funds | Trading | My Accounts | Community | Marketplace

### Account Application

You are almost done with your application. Here's all you have to do now.

1. **Print this application** *(To Print: Select File and then Print from your browser's menu).*
   (Do not continue without printing, you could lose all the information you have entered!)

2. **Sign on all indicated signature lines.**
   Review, sign (multiple signatures may be required) and date the application. (If you are transferring an account, you will be then prompted to continue to the appropriate form.)

3. **Mail all materials to E*TRADE.**
   Minimum deposit is $1,000 for Cash accounts, $2,000 for Margin accounts.

   **MAIL TO:**
   **E*TRADE Securities, Inc.**
   **P .O. Box 8160**
   **Boston, MA 02266-8160**

As soon as your signed forms are received (with an initial deposit) and approved, we will send you a welcome kit with everything you need to get started.

For E*TRADE use only -     Application ID: 47952021        JD10255403
                           Login Name: inchmaree

### Account Registration

Note: Review your Account Registration, Trading Level, and Funding choices before you continue. To make changes, use your Web browser's "back" button.

X Individual

### Trading Level

X Cash and Margin

### Funding

There is a $1,000 minimum initial deposit for Cash accounts; $2,000 for Margin accounts.

X  Check enclosed: $                    2000.00
   • We accept personal, cashier's, and government checks that are properly endorsed.

E*TRADE Account Appl: ic. onn : SPOE (AOL) : 47952021 JD `53~03                Page 2

- Make checks payable to E*TRADE Securities, Inc.
- Checks must be drawn in U.S. dollars and made payable to, or cleared through a U.S. bank.

## Quotes

__X__ E*TRADE offers free real-time quotes on an individual basis to all customers.

## Account Holder

Provide your name and address as you would like your account registered.

Name: (first, middle initial, last )   Frederick A Lovejoy

Address: (cannot be P.O. Box )   228 Rowland Road

| City: | State/Province: | ZIP/Foreign Postal Code: |
|---|---|---|
| Fairfield | CT | 06430 |

Country:
United States

Indicate whether address above is __X__ Home or Business

Mailing address (if different from registration )

Name: (first, middle initial, last )

Address:

| City: | State/Province: | ZIP/Foreign Postal Code: |
|---|---|---|

Country:
United States

*The tax information provided in this section will be used for IRS reporting. If you are opening a Custodial account, include minor's information in this section.*

Social Security Number or Taxpayer ID Number:   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

Date of Birth: (mm/dd/yyyy; please enter year in four-digit format )
0676/1953

| Home Phone: | Business Phone: |
|---|---|
| 203-226-5477 | (203) 226-5477 |

| Non-U.S. Phone: | Your e-mail address: |
|---|---|

Citizenship

__X__ U.S. Citizen

| Country of citizenship: | Country of legal residence |
|---|---|
| United States | United States |

| If other than U.S. citizen:<br>Passport #, Alien ID #, or Gov't ID #: | Country of Issuance:<br>United States |
|---|---|

(if Gov't ID, attach copy )

Existing E*TRADE account numbers, if any:

Link new account to existing User Name shown here: (Account registration must match )   Inchmaree

How did you hear about E*TRADE?   UNAOL98 – AOL

## Account Information Profile

E*TRADE Account Appl    Form : SPOE (AOL) : 47952021 JD    03          Page 3 of 4

Securities regulations require the following financial information to be completed. All information is kept strictly confidential. If you are applying for a Custodial Account, we need financial information for the custodian.

Investment Objectives   (*Check all that apply.* )

X Growth                                    X Income

Approximate Annual Household Income   *If joint account, check box based on combined income.*
X $100,000-$199,999

Total Net Worth Excluding Home  *If joint account, check box based on combined total net worth.*
X $500,000-$999,999

Liquid Net Worth (cash, stocks, mutual funds, etc.)  *If joint account, check box based on combined liquid net worth.*
X $200,000-$499,999

Do you have accounts at other brokerage firms or mutual fund companies? If yes, indicate type of firm. (*Check all that apply.* )

X Yes                          X Full Commission
                               X Discount (electronic)

                                                      **Account Holder**

Investment Experience and Knowledge:

                                       X Good

Employer (*If unemployed, self-employed, retired, a student or a homemaker, please state.* )

                                       | Lovejoy & Associates |

Business City, State and Zip Code:     | 5695 Post Road |

Specify Occupation (*If self-employed, please describe.* )   | Soutport, CT 06490 |

Is your employer a registered broker/dealer? If yes, SEE YOUR COMPLIANCE OFFICER FOR WRITTEN APPROVAL, WHICH WE MUST RECEIVE PRIOR TO OPENING YOUR ACCOUNT.
Check one:                             X No. My employer is not a
                                       registered broker/dealer.

Are you a director, 10% shareholder, or policy-making officer of a publicly owned company? If so, specify company(s):

Applicant Signature _____

Please read and sign to apply for your E*TRADE account:

I am of legal age to contract. I acknowledge that I have received, read, and agree to be bound by the terms and conditions as currently set forth in the E*TRADE Customer Agreement as amended from time to time. I ACKNOWLEDGE THAT E*TRADE DOES NOT PROVIDE INVESTMENT, TAX, OR LEGAL ADVICE OR RECOMMENDATIONS. Under penalty of perjury, I certify (1) that my Social Security (or taxpayer ID) number shown on this form is correct and (2) that I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the IRS that I am subject to backup withholding or (c) I have been notified by the IRS that I am no longer subject to backup withholding (cross out item 2 if it does not apply to you). [The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.]

I understand that E*TRADE will supply my name to issuers of any securities held in my account so that I might receive any important information from them, unless I notify you in writing not to do so.

I acknowledge that securities held in my Margin account may be pledged, repledged, hypothecated, or rehypothecated for any amount due E*TRADE in my account(s) or for a greater amount. I UNDERSTAND THAT THIS ACCOUNT IS GOVERNED BY A PRE-DISPUTE ARBITRATION CLAUSE CONTAINED IN PARAGRAPH 31B OF THE E*TRADE CUSTOMER AGREEMENT.

All account applicants must sign below:
X _____

https://ssl1.etrade.com/cgi-bin/jsappl.cgi                          12/20/98

E*TRADE Account Appl... ...orm : SPOE (AOL) : 47952021 JD... ...03    Page 4

Signature of Authorized Account Holder or Custodian  Date

| For E*TRADE use only: | | E*TRADE Account Number: | | |
|---|---|---|---|---|
| I have received this application and believe the account is suitable for: | | | | |
| ☐ Cash | ☐ Margin | | Approval: X_____ | Date_____ |
| ☐ Options - Level One | ☐ Options - Level Two | ☐ Options - Level Three | Approval: X_____ | Date_____ |

## Cash Management Features

Designate which money market fund you wish to use for your uninvested cash. A prospectus will be mailed to you. Please read it carefully before you invest. Note: If you do not check a box, your uninvested cash will earn credit interest.

Type Name of Authorized Account Holder
or Custodian *(first, middle initial, last)* :

| Frederick A Lovejoy |
|---|

Between-Investment choices. Check one. A prospectus of the fund you choose, will be mailed to you. (International customer can only select Credit Interest Fund.)
X Money Market Portfolio

Please indicate number of signatures required to process checks: X One Two

Free Checkwriting. We will mail your checks to you within three weeks of opening your account.

Print and sign below exactly as your account is registered. For joint accounts, both applicants must print and sign.

X _Frederic A C. Lovejoy_  12/28/98        FREDERICK A. Lovejoy

Signature of Authorized Account Holder or Custodian  Date

| For E*TRADE use only:  E*TRADE Account Number: | _____ |
|---|---|

If you have questions, e-mail us at *service@etrade.com*  or call Customer Service at 1-800-STOCKS-5 (1-800-786-2575) 8:00 a.m. to midnight ET.

Exhibit  I

☒ ‒‒‒‒

# Official Trade Confirmations

**For the account of:**
FREDERICK A LOVEJOY
228 ROWLAND ROAD
FAIRFIELD CT 06430

| Account | | |
| --- | --- | --- |
| Number | Type | Transaction Type |
| 1025-5403 | Margin | 06 - Over The Counter |

| Trade Date | Settlement Date | Symbol | CUSIP | Buy/Sell | Net Amount |
| --- | --- | --- | --- | --- | --- |
| 05-18-2001 | 05-23-2001 | HD | 437076-10-2 | Sell | 25,779.19000 |

| Item No. | Quantity | Price | Amount | Interest / Sales Tax | Sec Fee / Broker Assisted / Market Center | Commission / Charge |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 500.00000 | 51.60000 | 25,800.00000 | .00000 | .86000 | 19.95000 |

| Description |
| --- |
| HOME DEPOT INC |
| UNSOLICITED |

| Account | | |
| --- | --- | --- |
| Number | Type | Transaction Type |
| 1025-5403 | Margin | 06 - Over The Counter |

| Trade Date | Settlement Date | Symbol | CUSIP | Buy/Sell | Net Amount |
| --- | --- | --- | --- | --- | --- |
| 05-18-2001 | 05-23-2001 | GDT | 401698-10-5 | Buy | 25,919.95000 |

| Item No. | Quantity | Price | Amount | Interest / Sales Tax | Sec Fee / Broker Assisted / Market Center | Commission / Charge |
|---|---|---|---|---|---|---|
| 1 | 700.00000 | 37.00000 | 25,900.00000 | .00000 | | 19.95000 |

| Description |
|---|
| GUIDANT CORP |
| UNSOLICITED |



## Trade Confirmations

**For the account of:**
FREDERICK A LOVEJOY
PO BOX 56
EASTON CT 06612-0056

| Account | | |
|---|---|---|
| **Number** | **Type** | **Transaction Type** |
| 1025-5403 | Margin | 03 - Chicago Stock Exchange |

| Trade Date | Settlement Date | Symbol | CUSIP | Buy/Sell | Net Amount |
|---|---|---|---|---|---|
| 08-21-2001 | 08-24-2001 | MSFT | 594918-10-4 | Sell | 24,619.22000 |

| Item No. | Quantity | Price | Amount | Interest / Sales Tax | Sec Fee / Broker Assisted / Market Center | Commission / Charge |
|---|---|---|---|---|---|---|
| 1 | 400.00000 | 61.60000 | 24,640.00000 | .00000 | .83000 | 19.95000 |

| Description |
|---|
| MICROSOFT CORP |
| UNSOLICITED |

| Account | | |
|---|---|---|
| **Number** | **Type** | **Transaction Type** |
| 1025-5403 | Margin | 03 - Chicago Stock Exchange |

| Trade Date | Settlement Date | Symbol | CUSIP | Buy/Sell | Net Amount |
|---|---|---|---|---|---|
| 08-21-2001 | 08-24-2001 | MSFT | 594918-10-4 | Sell | 30,123.14000 |

| Item No. | Quantity | Price | Amount | Interest / Sales Tax | Sec Fee / Broker Assisted / Market Center | Commission / Charge |
|---|---|---|---|---|---|---|
| 1 | 490.00000 | 61.59000 | 30,179.10000 | .00000 | 1.01000 | 19.95000 |

| Description |
|---|
| MICROSOFT CORP |
| UNSOLICITED |

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by U.S. mail on October 23, 2003, postage prepaid, to:

Joseph L. Clausen, Esq.
John Peloso, Esq.
Robinson & Cole LLP
Financial Centre
695 East Main Street
Stamford, Connecticut 06904-2305


_____
FREDERICK A. LOVEJOY

8