UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 24  P 12: 18

```
-----------------------------------
SUZANNE M. EGGLESTON              :
and FREDERICK A. LOVEJOY,         :
                                  :
              Plaintiffs,         :   3:02CV188(WWE)
                                  :
    -against-                     :
                                  :
E-TRADE SECURITIES, INC.,         :
E-TRADE, INC. and STEPHEN TACHIERA, :  October 23, 2003
                                  :
              Defendants.         :
-----------------------------------
```

### DECLARATION OF FREDERICK A. LOVEJOY

Frederick A. Lovejoy hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. That while I can no longer remember exactly what appeared on E-Trade's screens in December 1998, it is my belief, based on the computer monitor in question, that the material that appeared on the screen <u>did not</u> encompass the full page of any document, and that it normally <u>takes three screens</u> of viewing material in order to examine what equals one (1) printed page of printed material.

2. That once I entered "The E-Trade Secure Online Application," that if there had been a reference and a link contained therein, that I would have printed any information referred to.

3. That based on the fact that my file does not contain a computer printed copy and/or a hard copy of any "Customer Agreement," I can unequivocally state that I was never

provided with a copy of any E-Trade "Customer Agreement" by defendant E-Trade or by anyone else.

4. That in January 2001, after I relocated my residence, I notified defendant E-Trade in writing once, and by telephone on several occasions, that the plaintiffs had moved.

5. That even after repeated notifications to defendant E-Trade of plaintiffs' new address, defendant E-Trade, through neglect or otherwise, continued to address communications to plaintiff at their old address.

6. Because the plaintiffs needed to file a 2002 year federal and state tax return, counsel for defendant E-Trade provided to plaintiffs photocopies of all of the communications sent by defendant E-Trade to plaintiff Frederick A. Lovejoy in 2001 and 2002.

7. That a review of the package of documents provided by defendant E-Trade through its counsel revealed that the overwhelming majority of the documents addressed to plaintiffs' old address, from January, 2001 through August, 2001, were never received by plaintiffs.

Dated: Easton, Connecticut
October 23, 2003

                                                                            Frederick A. Lovejoy

RussoDeclaration.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by U.S. mail on October 23, 2003, postage prepaid, to:

Joseph L. Clausen, Esq.
John Peloso, Esq.
Robinson & Cole LLP
Financial Centre
695 East Main Street
Stamford, Connecticut 06904-2305

_____
FREDERICK A. LOVEJOY