## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| _____ ) | |
| SUZANNE M. EGGLESTON and ) | |
| FREDERICK LOVEJOY, ) | |
| ) | |
| Plaintiffs, ) | **Civil Action No. 3:02CV188 (WWE)** |
| ) | |
| v. ) | |
| ) | |
| E*TRADE SECURITIES, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

### APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendants

E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.),

and Stephen Tachiera.


Dated:  October 31, 2003

                                      _____

                                      James A. Budinetz, Esquire
                                      Ct. Fed. Bar No.: ct16068
                                      Pepe & Hazard LLP
                                      225 Asylum St.
                                      Goodwin Square
                                      Hartford, CT  06103
                                      e-mail: jbudinetz@pepehazard.com
                                      Telephone:  860.241.2693
                                      Facsimile:  860.522.2796

                                      Attorneys for Defendants
                                           E*TRADE SECURITIES, INC.,
                                           E*TRADE GROUP, INC. (erroneously
                                           sued as E*TRADE, INC.), and
                                           STEPHEN TACHIERA

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 31st day of October 2003, served a copy of the

foregoing Appearance by causing a copy of same to be delivered by United States mail, first

class postage prepaid, to:

> Frederick A. Lovejoy, Esq.
> 276 Center Road
> P.O. Box 56
> Easton, CT  06612
>
>
> John F. X. Peloso, Esq.
> Robinson & Cole, LLP
> Financial Centre
> 695 East Main Street
> Stamford, CT  06904-2305

_____
James A. Budinetz