UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -7 P 12: 29

US DISTRICT COURT
BRIDGEPORT CT

```
-----------------------------------
SUZANNE M. EGGLESTON and            :
FREDERICK A. LOVEJOY,               :
                                    :
              Plaintiffs,           :      3:02CV188(WWE)
                                    :
     -against-                      :
                                    :
E-TRADE SECURITIES, INC.,           :
E-TRADE, INC. and STEPHEN TACHIERA, :      November 6, 2003
                                    :
              Defendants.           :
-----------------------------------
```

MOTION OF PLAINTIFFS SUZANNE M. EGGLESTON AND FREDERICK A. LOVEJOY
TO FILE SUR-REPLY

Now come plaintiffs Suzanne M. Eggleston and Frederick A. Lovejoy and move this Court for leave to file a sur-reply brief to the unauthorized "Defendants' Reply Memorandum in Response to the Court's September 25, 2003 Order," and state as follows:

1.  That this Court directed, by Order dated September 25, 2003, that the defendants submit a brief concerning the <u>Specht</u> opinion and that plaintiffs could submit a response thereto if it deemed necessary, which plaintiffs did on October 23, 2003.

2.  Thereafter, in a large firm <u>modus operandi</u> of attempting to out brief an adversary, counsel for defendant E-Trade Securities decided to take yet another bite at the apple by filing its brief entitled, "Defendants' Reply Memorandum in Response to the Court's September 25, 2003 Order," <u>without</u> first obtaining the Court's authorization.

3.  Because "Defendants' Reply Memorandum in Response to the Court's September 25, 2003 Order" contains a number of misstatements, the plaintiffs request this Court's leave to file a sur-reply brief.

## CONCLUSION

Based on the foregoing, plaintiffs' Motion to file a sur-reply brief should be granted.

Dated: Easton, Connecticut  
November 6, 2003

LOVEJOY & ASSOCIATES  
Attorneys for Plaintiffs,  
Suzanne M. Eggleston and Frederick A. Lovejoy

By: _____  
Frederick A. Lovejoy (CT 03121)  
276 Center Road  
P.O. Box 56  
Easton, Connecticut 06612  
(203) 459-9941  
(203) 459-9943 (telefax)

RussoMotion.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by U.S. mail on November 6, 2003, postage prepaid, to:

James A. Budinetz, Esq.
Pepe & Hazard, LLP
225 Asylum Street
Hartford, Connecticut 06103

_____
FREDERICK A. LOVEJOY