UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, | : |
| | : Case No.: 3:02CV188 (WWE) |
| Plaintiffs, | |
| v. | : |
| E*TRADE SECURITIES, INC., *et al.*, | : |
| Defendants. | : |
| | : November 19, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, John F.X. Peloso, Jr. of Robinson & Cole LLP requests leave to withdraw his Appearance filed on behalf of Defendants E*Trade Securities, Inc., E*Trade Group, Inc. (erroneously sued as E*Trade, Inc.), and Stephen Tachiera in this action. Defendants are now represented by new counsel, James A. Budinetz, Esq., Pepe & Hazard LLP, Goodwin Square, Hartford, CT 06103-4302.

              **DEFENDANTS,**

        By  /s/   John F.X. Peloso, Jr.
          John F.X. Peloso, Jr. (CT 02477)
          ROBINSON & COLE LLP
          Financial Centre
          695 East Main Street
          P.O. Box 10305
          Stamford, CT 06904-2305
          Telephone: (203) 462-7500
          Facsimile: (203) 462-7599

STAM1-746721-1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class U.S. mail, on this 19th day of November, 2003, to:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT  06612

James A. Budinetz, Esq.
Pepe & Hazard LLP
Goodwin Square
Hartford, CT  06103-4302.

      /s/   John F.X. Peloso, Jr.
John F.X. Peloso