UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, | : |
| | : Case No.: 3:02CV188 (WWE) |
| Plaintiffs, | |
| v. | : |
| E*TRADE SECURITIES, INC., *et al.*, | |
| | : |
| Defendants. | |
| | : November 19, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, Robin P. Keller of Robinson & Cole LLP requests leave to withdraw her Appearance filed on behalf of Defendants E*Trade Securities, Inc., E*Trade Group, Inc. (erroneously sued as E*Trade, Inc.), and Stephen Tachiera in this action.  Defendants are now represented by new counsel, James A. Budinetz, Esq., Pepe & Hazard LLP, Goodwin Square, Hartford, CT  06103-4302.

                DEFENDANTS,


           By   /s/  Robin P. Keller
             Robin P. Keller (CT 23564)
             ROBINSON & COLE LLP
             Financial Centre
             695 East Main Street
             P.O. Box 10305
             Stamford, CT 06904-2305
             Telephone: (203) 462-7500
             Facsimile: (203) 462-7599

STAM1-746722-1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via first-class U.S. mail, on this 19th day of November, 2003, to:

Frederick A. Lovejoy, Esq.
Lovejoy & Associates
276 Center Road
Easton, CT  06612

James A. Budinetz, Esq.
Pepe & Hazard LLP
Goodwin Square
Hartford, CT  06103-4302.

                                               /s/   Robin P. Keller
                                              Robin P. Keller