UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -7 P 12: 29

US DISTRICT COURT
BRIDGEPORT CT

---

SUZANNE M. EGGLESTON and
FREDERICK A. LOVEJOY,

        Plaintiffs,

-against-

E-TRADE SECURITIES, INC.,
E-TRADE, INC. and STEPHEN TACHIERA,

        Defendants.

3:02CV188(WWE)

November 6, 2003

---

MOTION OF PLAINTIFFS SUZANNE M. EGGLESTON AND FREDERICK A. LOVEJOY
TO FILE SUR-REPLY

Now come plaintiffs Suzanne M. Eggleston and Frederick A. Lovejoy and move this Court for leave to file a sur-reply brief to the unauthorized "Defendants' Reply Memorandum in Response to the Court's September 25, 2003 Order," and state as follows:

1.    That this Court directed, by Order dated September 25, 2003, that the defendants submit a brief concerning the Specht opinion and that plaintiffs could submit a response thereto if it deemed necessary, which plaintiffs did on October 23, 2003.

2.    Thereafter, in a large firm modus operandi of attempting to out brief an adversary, counsel for defendant E-Trade Securities decided to take yet another bite at the apple by filing its brief entitled, "Defendants' Reply Memorandum in Response to the Court's September 25, 2003 Order," **without** first obtaining the Court's authorization.

3.    Because "Defendants' Reply Memorandum in Response to the Court's September 25, 2003 Order" contains a number of misstatements, the plaintiffs request this Court's leave to file a sur-reply brief.

DENIED as Moot.

WARREN W. EGINTON, SENIOR USDJ 11/21/03