44

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

SUZANNE M. EGGLESTON and
FREDERICK LOVEJOY,

: 2003 NOV 20 P 2: 59

: Case No.: 3:02CV188 (WWE)

Plaintiffs,

v.

E*TRADE SECURITIES, INC., *et al.*,

Defendants.

: November 19, 2003

Motion GRANTED.
WARREN W. EGINTON
Senior United States District Judge

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, Robin P. Keller of Robinson & Cole LLP requests leave to withdraw her Appearance filed on behalf of Defendants E*Trade Securities, Inc., E*Trade Group, Inc. (erroneously sued as E*Trade, Inc.), and Stephen Tachiera in this action. Defendants are now represented by new counsel, James A. Budinetz, Esq., Pepe & Hazard LLP, Goodwin Square, Hartford, CT 06103-4302.

DEFENDANTS,

By _____
Robin P. Keller (CT 23564)
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Facsimile: (203) 462-7599

FILED 2003 NOV 26 A 11:52

STAM1-746722-1