mot I



FILED
2003 NOV 20 P 2:58
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUZANNE M. EGGLESTON and FREDERICK LOVEJOY,

Plaintiffs,

v.

E*TRADE SECURITIES, INC., *et al.*,

Defendants.

Case No.: 3:02CV188 (WWE)

November 19, 2003

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
11-25-03

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, Joseph L. Clasen of Robinson & Cole LLP requests leave to withdraw his appearance for Defendants E*Trade Securities, Inc., E*Trade Group, Inc. (erroneously sued as E*Trade, Inc.), and Stephen Tachiera in this action. Defendants are now represented by new counsel, James A. Budinetz, Esq., Pepe & Hazard LLP, Goodwin Square, Hartford, CT 06103-4302.

DEFENDANTS,

By ____________________
Joseph L. Clasen (CT 04090)
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Facsimile: (203) 462-7599

FILED
2003 NOV 26 A 11:52

STAM1-746693-1