mot 3

43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 20 P 2: 59

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, | : | |
| Plaintiffs, | : | Case No.: 3:02CV188 (WWE) |
| v. | | |
| E*TRADE SECURITIES, INC., et al., | : | |
| Defendants. | : | |
| | : | November 19, 2003 |

Motion GRANTED.
WARREN W. EGINTON
Senior United States District Judge
11-25-03

## MOTION TO WITHDRAW APPEARANCE

Pursuant to the Local Rules of Civil Procedure for this United States District Court, John F.X. Peloso, Jr. of Robinson & Cole LLP requests leave to withdraw his appearance filed on behalf of Defendants E*Trade Securities, Inc., E*Trade Group, Inc. (erroneously sued as E*Trade, Inc.), and Stephen Tachiera in this action. Defendants are now represented by new counsel, James A. Budinetz, Esq., Pepe & Hazard LLP, Goodwin Square, Hartford, CT 06103-4302.

DEFENDANTS,

By _____
John F.X. Peloso, Jr. (CT 02477)
ROBINSON & COLE LLP
Financial Centre
695 East Main Street
P.O. Box 10305
Stamford, CT 06904-2305
Telephone: (203) 462-7500
Facsimile: (203) 462-7599

FILED 2003 NOV 26 A 11:52

STAM1-746721-1