IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY,  Plaintiffs,  v.  E*TRADE SECURITIES, INC., *et al.*,  Defendants. | Civil Action No. 3:02CV188 (WWE) |

**DEFENDANTS' MOTION TO RECONSIDER AND/OR TO AMEND THE COURT'S RULING ON MOTION TO STAY AND TO COMPEL ARBITRATION**

Defendants, E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.) and Stephen Tachiera (collectively, "E*TRADE") respectfully move this Court pursuant to Fed. R. Civ. P. 59(e) and Local Rule 9(e) to reconsider and/or to amend its "Ruling on Defendants Motion to Stay and to Compel Arbitration" entered November 18, 2003 (the "Decision").

As set forth more fully in the accompanying memorandum, *E*TRADE does not ask the Court to reconsider the substance of its ruling though this Motion. Instead, E*TRADE respectfully asks the Court to reconsider only the procedural posture of the case* to avoid any confusion concerning E*TRADE's appeal rights under the Federal Arbitration Act. Accordingly, E*TRADE moves the Court to reconsider or to amend its Decision either to: (i) hold in abeyance a ruling on E*TRADE's Motion to Stay and To Compel Arbitration pending a trial on the issue of contract formation; or (ii) to modify the Decision to hold that the

**ORAL ARGUMENT NOT REQUESTED**

denial of TRADE's Motion is *without prejudice* to renew at the close of evidence at trial. By doing so, unnecessary filings with the Court of Appeals are avoided and the Court can rule on E*TRADE's Motion following the trial on the issue of arbitrability.

For these reasons, and as set forth in the accompanying memorandum of law, E*TRADE respectfully requests that the Court grant E*TRADE's Motion to Reconsider and/or to Amend Its Ruling on Motion to Stay and to Compel Arbitration.

Dated: November 25, 2003    Respectfully submitted,

_____
James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103
e-mail: jbudinetz@pepehazard.com
Telephone:  860.241.2693
Facsimile:  860.522.2796

Attorneys for Defendants
  E*TRADE SECURITIES, INC.,
  E*TRADE GROUP, INC. (erroneously
  sued as E*TRADE, INC.), and
  STEPHEN TACHIERA

OF COUNSEL:

Douglas P. Lobel
ARNOLD & PORTER
1600 Tysons Boulevard, Suite 900
McLean, VA 22102
703.720.7035 (voice)
703.720.7399 (fax)
douglas_lobel@aporter.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have, this 25th day of November 2003, served a copy of Defendants' Motion To Reconsider and/or to Amend the Court's Ruling On Motion To Stay And To Compel Arbitration by causing a copy of same to be delivered by United States mail, first class postage prepaid, to:

>Frederick A. Lovejoy, Esq.
>276 Center Road
>P.O. Box 56
>Easton, CT  06612
>
>John F. X. Peloso, Esq.
>Robinson & Cole, LLP
>Financial Centre
>695 East Main Street
>Stamford, CT  06904-2305

>    _____
>    James A. Budinetz

/00000/0/656182v1
11/25/03-HRT/