*The motion to reconsider and/or to amend the Court's ruling to stay and to compel arbitration to clarify that the motion* [handwritten marginalia] *The Court will issue an order. The motion to reconsider and/or to amend the Court's ruling is GRANTED. The motion to stay and to compel arbitration was denied without prejudice.*

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Civil Action No. 3:02CV188 (WWE) ) |
| E*TRADE SECURITIES, INC., *et al.*, | ) ) |
| Defendants. | ) ) |

## DEFENDANTS' MOTION TO RECONSIDER AND/OR TO AMEND THE COURT'S RULING ON MOTION TO STAY AND TO COMPEL ARBITRATION

Defendants, E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.) and Stephen Tachiera (collectively, "E*TRADE") respectfully move this Court pursuant to Fed. R. Civ. P. 59(e) and Local Rule 9(e) to reconsider and/or to amend its "Ruling on Defendants Motion to Stay and to Compel Arbitration" entered November 18, 2003 (the "Decision").

As set forth more fully in the accompanying memorandum, ***E*TRADE does not ask the Court to reconsider the substance of its ruling though this Motion. Instead, E*TRADE respectfully asks the Court to reconsider only the procedural posture of the case*** to avoid any confusion concerning E*TRADE's appeal rights under the Federal Arbitration Act. Accordingly, E*TRADE moves the Court to reconsider or to amend its Decision either to (i) hold in abeyance a ruling on E*TRADE's Motion to Stay and To Compel Arbitration pending a trial on the issue of contract formation; or (ii) to modify the Decision to hold that the

**ORAL ARGUMENT NOT REQUESTED**

60000/0/656182v1
11/25/03-HRT/