IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, <br><br>  Plaintiffs,<br><br>       v.<br><br> E*TRADE SECURITIES, INC. *et al.,*<br><br>  Defendants. | Civil Action No. 3:02 CV 188 (WWE) |

## DEFENDANTS' PROPOSED SCHEDULE FOR DISCOVERY AND TRIAL

Pursuant to the Court's November 10, 2003 Order, as amended, Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc. and Stephen Tachiera (collectively "E*TRADE") submit this Proposed Schedule for Discovery and Trial.

E*TRADE proposes the following schedule:

**Discovery** – Discovery be completed on or before April 1, 2004;

**Pretrial Memorandum** – The Parties submit their Pretrial Memorandum on or before May 4, 2004;

**Trial** – The trial be held on or about May 17, 2004.

Although the Parties agree on the dates and deadlines for discovery and trial, they are unable to agree on its scope. E*TRADE maintains that discovery and trial should be limited to the "disputed facts relevant to the formation of an agreement to arbitrate," as set forth in the Court's November 10, 2003 Ruling. Plaintiffs, however, informed E*TRADE that

they believe discovery should be conducted on the alleged contract entered into by the parties and the closing and opening of any accounts between the parties. The scope of discovery and trial requested by Plaintiffs would not only exceed the limit imposed by this Court's November 10 Ruling, but also improperly address the merits of Plaintiffs' claims, which E*TRADE maintains must be resolved through arbitration.

      Accordingly, E*TRADE respectfully requests this Court adopt the above-listed Proposed Schedule for Discovery and Trial, and limit the scope of each to the "disputed facts relevant to the formation of an agreement to arbitrate," as set forth in this Court's November 10 Ruling.

Respectfully submitted,

_____
James A. Budinetz
Ct. Fed. Bar No.: ct16068
PEPE & HAZARD LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103
Telephone:  860.241.2693
Facsimile:  860.522.2796

OF COUNSEL:
Douglas P. Lobel
ARNOLD & PORTER
1600 Tysons Boulevard, Suite 900
McLean, VA 22102
Telephone: 703.720.7035
Facsimile: 703.720.7399

Attorneys for Defendants
E*TRADE SECURITIES, INC.,
E*TRADE GROUP, INC. (erroneously sued as E*TRADE, INC.), and
Stephen Tachiera

2

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 22nd day of December, 2003, served a copy of Defendants' Motion To Reconsider and/or To Amend the Court's Ruling On Motion To Stay And To Compel Arbitration by causing a copy of same to be delivered by United States mail, first class postage prepaid, to:

>Frederick A. Lovejoy, Esq.
>276 Center Road
>P.O. Box 56
>Easton, CT  06612
>
>John F. X. Peloso, Esq.
>Robinson & Cole, LLP
>Financial Centre
>695 East Main Street
>Stamford, CT  06904-2305

_____
James A. Budinetz

3