CLERK
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

DEC 22 H 25 PM '03

FILED

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, ) ) ) ) Plaintiffs, ) ) v. ) ) *TRADE SECURITIES, INC. *et al.*, ) ) Defendants. ) ) | Civil Action No. 3:02 CV 188 (WWE) |

Report Approved.
Discovery cutoff date _April 1, 2004_
Dispositive Motions due by _N/A_
SO ORDERED
12/30

Warren W. Eginton, Sr. U.S.D.J.

### DEFENDANTS' PROPOSED SCHEDULE FOR DISCOVERY AND TRIAL

Pursuant to the Court's November 10, 2003 Order, as amended, Defendants

\*TRADE Securities, Inc., E\*TRADE Group, Inc. and Stephen Tachiera (collectively

"E\*TRADE") submit this Proposed Schedule for Discovery and Trial.

E\*TRADE proposes the following schedule:

**Discovery** – Discovery be completed on or before April 1, 2004;

**Pretrial Memorandum** – The Parties submit their Pretrial Memorandum on or before May 4, 2004;

**Trial** – The trial be held on or about May 17, 2004.

Although the Parties agree on the dates and deadlines for discovery and trial, they are unable to agree on their scope. E\*TRADE maintains that discovery and trial should be limited to the "disputed facts relevant to the formation of an agreement to arbitrate," as set

/00000/0/659425v1
12/22/03-HRT/