**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|                              |   |                    |
|------------------------------|---|--------------------|
|                              | : | 3:02cv188(WWE)     |
| **EGGLESTON & LOVEJOY,**     | : |                    |
| **Plaintiffs,**              | : |                    |
| v.                           | : |                    |
| **E-TRADE SECURITIES et al.,** | : |                  |
| **Defendants.**              | : |                    |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_\_ A ruling on the following motion which is currently pending (orefm.):

\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A scheduling conference (orefmisc/cnf)

**XXXX** Other: A hearing (orefmisc./misc)

To determine the scope of discovery

SO ORDERED this 30th day of December, 2003, at Bridgeport, Connecticut.

_____/s/_____

Warren W. Eginton, Senior U.S.D.J.