UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 23  P 12: 02

SUZANNE M. EGGLESTON and
FREDERICK A. LOVEJOY
        Plaintiffs,

    -against-

E-TRADE SECURITIES, INC.,
E-TRADE, INC. and STEPHEN TACHIERA,

        Defendants.

3:02CV188(WWE)

December 19, 2003

### REQUEST FOR SECURITY OF COSTS

The plaintiffs, Suzanne M. Eggleston and Frederick A. Lovejoy, pursuant to Local Civil Rule 8(a), request the Clerk to enter an order that the defendants, E-Trade Securities, Inc., E-Trade, Inc. and Stephen Tachiera, deposit cash with the Clerk or a bond with recognized corporate surety in the sum of $500.00 as security for cost.

Dated: Easton, Connecticut
       December 19, 2003

LOVEJOY & ASSOCIATES
Attorneys for Plaintiffs,
Suzanne M. Eggleston and Frederick A. Lovejoy

By: _____
Frederick A. Lovejoy (CT 03121)
276 Center Road
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

RussoSecurity.doc

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was sent by U.S. mail on December 19, 2003, postage prepaid, to:

James A. Budinetz, Esq.
Pepe & Hazard, LLP
225 Asylum Street
Goodwin Square
Hartford, Connecticut 06103

_____
FREDERICK A. LOVEJOY