IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY,  Plaintiffs, <br><br> v. <br><br> E*TRADE SECURITIES, INC., et al., <br><br> Defendants. | Civil Action No. 3:02 CV 188 (WWE) |

## DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR SECURITY FOR COSTS

Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc., and Stephen Tachiera (collectively "E*TRADE"), respectfully request that this Court deny Plaintiffs' December 19, 2003 request for security for costs. Plaintiffs' request is entirely inappropriate. Local Rule 83.3(a)[1] authorizes a plaintiff to request security for costs *only* "upon the filing of a counterclaim." *Id.*

E*TRADE has *not* filed a counterclaim against Plaintiffs. Rather, in response to Plaintiffs' Complaint, E*TRADE simply requested that this case be ordered to arbitration pursuant to the arbitration agreement contained in the Customer Agreement governing Plaintiffs' brokerage account. Such a request is not a counterclaim.

---

[1] Although Plaintiffs make their request pursuant to Local Rule 8(a), that provision has been re-numbered as Local Rule 83.3(a) in the Local Rules that became effective on January 1, 2003.

/32581/2/660581v1
01/07/04-HRT/

Plaintiffs' request for security of costs pursuant to Local Rule 83.3(a) is not authorized by the Local Rules. Accordingly, this Court should deny Plaintiffs' request.

Respectfully submitted,

James A. Budinetz
Ct. Fed. Bar No.: ct16068
PEPE & HAZARD LLP
225 Asylum Street
Goodwin Square
Hartford, CT 06103
Telephone: 860.241.2693
Facsimile: 860.522.2796

OF COUNSEL:

Douglas P. Lobel
ARNOLD & PORTER
1600 Tysons Boulevard, Suite 900
McLean, VA 22102
Telephone: 703.720.7035
Facsimile: 703.720.7399

Attorneys for Defendants
E*TRADE SECURITIES, INC.,
E*TRADE GROUP, INC. (erroneously
sued as E*TRADE, INC.), and
Stephen Tachiera

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 7th day of January, 2004, served a copy of Defendants' Opposition to Plaintiffs' Request for Security for Costs by causing a copy of same to be delivered by United States mail, first class postage prepaid, to:

>Frederick A. Lovejoy, Esq.
>276 Center Road
>P.O. Box 56
>Easton, CT 06612

*James A. Budinetz*