# LOVEJOY & ASSOCIATES
### ATTORNEYS AT LAW

Frederick A. Lovejoy*

Jennifer L. Hayes☐
Patricia A. Shepardt†

*Admitted NY, CT, RI and NJ
☐Admitted in NY and CT
†Admitted in CT

276 CENTER ROAD
EASTON, CONNECTICUT 06612
TELEPHONE (203) 459-9941
TELEFAX (203) 459-9943
EMAIL ADDRESS: LOVEJOYADM@AOL.COM

FILED

2004 JAN 27 P 12: 21

US DISTRICT COURT
BRIDGEPORT CT

December 22, 2003

Re:  Suzanne M. Eggleston and Frederick Lovejoy
     v. E-Trade Securities, Inc.
     Docket No. 3:02CV188 (WWE)

Honorable Warren W. Eginton
Senior United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Dear Judge Eginton:

We are attorneys for the plaintiffs Suzanne M. Eggleston and Frederick Lovejoy. We write because the undersigned and counsel for defendants E-Trade, et al. cannot agree to the language to be contained in a Joint Proposed Schedule for Discovery and Trial. While the undersigned suggested that we advise the Court as to the agreed on schedule, but note that there is a difference of opinion as to the scope of discovery and ask that the Court provide us with guidance on this issue, the defendants advised on the afternoon of December 22, 2003 that they are rejecting this approach.

As such, plaintiffs request a hearing to discuss this dispute and, if the Court desires, a letter brief addressing the issue prior to a ruling by the Court. To give the Court some background Defendants E-Trade, et al. believe that the discovery should be solely limited to the issue of the arbitration provision contained in the December, 1998 application. The plaintiffs, however, believe that the Court must determine, for instance: 1) if the December, 1998 agreement was, in fact, cancelled due to plaintiffs' instructions during the fall of 2000 to close the account, 2) the policy of E-Trade with respect to spousal rights, 3) if the E-Trade website was properly working, assuming arguendo, that the 1998 Application is the operative document, given the well-reported problems that E-Trade had with its website over the years, and 4) information concerning how E-Trade dealt with the outside vendor it employed to send hard copies of its agreement to customers and what that outside vendor's records indicate.

RHODE ISLAND OFFICE:   1536 WESTMINSTER STREET, PROVIDENCE, RHODE ISLAND 02909
                      TELEPHONE: (401) 273-7747   TELEFAX: (401) 421-4818

NEW YORK OFFICE:      82 WALL STREET, SUITE 1105, NEW YORK, NEW YORK 10005
                      TELEPHONE: (212) 344-1717   TELEFAX: (203) 459-9943

Honorable Warren W. Eginton
December 22, 2003
Page 2

As such, we respectfully request a hearing before your Honor to address the above.

Respectfully yours,

Frederick A. Lovejoy

FAL/jr
cc: James Budinetz, Esq.
    Counsel for Defendants
    E-Trade, Inc., et al.

RussoEginton2.doc