UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SUZANNE M. EGGLESTON and
FREDERICK A. LOVEJOY
        Plaintiffs,       :   3:02CV188(WWE)

-against-                                :

E-TRADE SECURITIES, INC.,                :
E-TRADE, INC. and STEPHEN TACHIERA,      :   December 19, 2003

        Defendants.      :

---

### REQUEST FOR SECURITY OF COSTS

The plaintiffs, Suzanne M. Eggleston and Frederick A. Lovejoy, pursuant to Local Civil Rule 8(a), request the Clerk to enter an order that the defendants, E-Trade Securities, Inc., E-Trade, Inc. and Stephen Tachiera, deposit cash with the Clerk or a bond with recognized corporate surety in the sum of $500.00 as security for cost.

Dated: Easton, Connecticut
      December 19, 2003

LOVEJOY & ASSOCIATES
Attorneys for Plaintiffs,
Suzanne M. Eggleston and Frederick A. Lovejoy

By: _____
Frederick A. Lovejoy (CT 03121)
276 Center Road
P.O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943 (telefax)

DENIED.
WARREN W. EGINTON, SENIOR USDJ  1/27/04