UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**EGGLESTON et al**,            :
                                :   **3:02cv188(WWE)**
                                :
**v.**                          :
                                :
**E-TRADE et al.**              :
                                :

## PRETRIAL ORDER

This case is scheduled to begin trial the week of July 26, 2004. Jury selection will occur on July 26, 2004. By **July 16, 2004,** each party shall exchange and file with the Court in **duplicate**, Trial Memoranda which shall contain the following information:

1) Brief summary of case
2) Proposed Voir Dire
3) List of Witnesses
4) List of Exhibits
5) Deposition designations and cross-designations.
6) Proposed **Jury instructions** and **Interrogatories** for Special Verdict forms **(with WordPerfect 10 disc)**.

Dated this February 10, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior U.S. District Judge