IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____
                                                                      )
**SUZANNE M. EGGLESTON and**            )
**FREDERICK LOVEJOY,**                          )
                                                                      )
                      **Plaintiffs,**    )
                                                                      )    Civil Action No. 3:02CV188 (WWE)
                      v.                       )
                                                                      )
**E*TRADE SECURITIES, INC.,** *et al.,*    )
                                                                      )
                      **Defendants.**    )
_____)

**DEFENDANTS' MOTION TO RECONSIDER A PORTION
OF THE COURT'S FEBRUARY 10, 2004 ORDER**

Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.) and Stephen Tachiera (collectively, "E*TRADE") respectfully move this Court pursuant to Local Rule 7(c) to reconsider that portion of the Court's order dated February 10, 2004, (the "Order") that requires a jury trial on issues relating to the formation of the agreement to arbitrate. As set forth more fully in the accompanying Memorandum of Law, E*TRADE requests reconsideration for two reasons:

- Plaintiffs never demanded a jury trial within the time permitted by the Federal Arbitration Act or at any time; and

- 9 U.S.C. § 3 governs E*TRADE's Motion and does not provide a right to a jury trial.

**WHEREFORE**, E*TRADE respectfully requests that the Court reconsider that portion of its Order that requires a jury trial and set this matter down for an evidentiary hearing before the Court.

**ORAL ARGUMENT NOT REQUESTED**

/00000/0/666906v1
02/20/04-HRT/

Dated: February 20, 2004                              Respectfully submitted,

                                                                      _____

James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103
e-mail: jbudinetz@pepehazard.com
Telephone:  860.241.2693
Facsimile:  860.522.2796

**OF COUNSEL:**                              Attorneys for Defendants
  Douglas P. Lobel                          E*TRADE SECURITIES, INC.,
  ARNOLD & PORTER                       E*TRADE GROUP, INC.
  1600 Tysons Boulevard, Suite 900    (erroneously
  McLean, VA 22102                          sued as E*TRADE, INC.), and
  703.720.7035 (voice)                       STEPHEN TACHIERA
  703.720.7399 (fax)
  douglas_lobel@aporter.com

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 20th of February, 2004, served a copy of Defendants' Motion to Reconsider a Portion of the Court's February 10, 2004 Order by causing a copy of same to be delivered by United States mail, first class postage prepaid, to:

>   Frederick A. Lovejoy, Esq.
>   276 Center Road
>   P.O. Box 56
>   Easton, CT  06612

_____
James A. Budinetz