CT/cvmhrg (January 10, 2002)

TOTAL TIME: ___ hours _50_ minutes     HONORABLE _Fitzsimmons_
DEPUTY CLERK _Kolesnikov_  RPTR/~~ERO~~/TAPE _Baldwin_

DATE _3/18/04_    START TIME _10:20_  END TIME _11:10_
~~LUNCH RECESS FROM~~ _11:40_  TO _11:45_
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO _3:02 CV 188 WWE_

_Eggleston_
vs.
_E Trade_

§
§
§
§
§

_Fred Lovejoy_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL
_Jim Budinetz_
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☒ (mischrg.) Miscellaneous Hearing -_DISCOVERY_

☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing

☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☐ ..... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion _____  ☐ granted ☐ denied ☐ advisement
☐ ..... ☐ Brief(s) due ____  ☐ Proposed Findings due ____  Response due ____

☐ filed ☐ docketed (×10)

____ Hearing continued until ____ at ____