IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, <br><br> Plaintiffs, <br><br> v. <br><br> E*TRADE SECURITIES, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:02CV188 (WWE) <br><br><br><br><br> APRIL 9, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.) and Stephen Tachiera (collectively "E*TRADE"), hereby file this Motion On Consent for Extension of Time seeking an additional twenty-four (24) days, up to and including May 3, 2004, within which to provide certain information and/or documents to Plaintiff pursuant to the Court's Order filed on March 26, 2004. In support of this Motion, E*TRADE respectfully states:

    1.    On March 18, 2004, the parties appeared before the Honorable Holly Fitzsimmons to address the permissible scope of discovery in advance of a trial limited to the formation of an agreement to arbitrate.

    2.    By Order filed March 26, 2004, the Court granted Plaintiffs limited discovery on two (2) discrete issues (the "Order").

3.  The Order required E*TRADE to provide the information and/or documents to plaintiff within ten (10) days of the filing of the Order. Accordingly, the information and/or documents are presently due April 9, 2004.

4.  Although E*TRADE has worked diligently to identify and gather any responsive information and/or documents, additional time is required. The additional time is necessary, in part, because the dispute between the parties relates to late 1998 and early 1999.

5.  Accordingly, good cause exists to extend the existing time limitation by twenty-four (24) days.

6.  The undersigned has spoken with Defendants' counsel, who consents to the extension of time sought herein.

7.  This is E*TRADE's first request for an extension of the time period sought to be extended herein.

8.  This Motion is being filed within the existing deadline for E*TRADE to provide the information and/or documents responsive to this Court's Order.

WHEREFORE, in view of the foregoing, E*TRADE respectfully requests that this Court grant an extension of twenty-four (24) days, until May 3, 2004 for Expert Choice to provide the information and/or documents responsive to the Court's Order.

Dated:  April 9, 2004

                                      DEFENDANT
                                      E*TRADE SECURITIES, INC.,
                                      E*TRADE GROUP INC. and
                                      STEPHEN TACHIERA

*/s/ James A. Budinetz/*

James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103
e-mail: jbudinetz@pepehazard.com
Telephone:  860.241.2693
Facsimile:  860.522.2796


**OF COUNSEL:**

Douglas P. Lobel
ARNOLD & PORTER
1600 Tysons Boulevard, Suite 900
McLean, VA 22102
703.720.7035 (voice)
703.720.7399 (fax)
douglas_lobel@aporter.com

Attorneys for Defendants
  E*TRADE SECURITIES, INC.,
  E*TRADE GROUP, INC.
  (erroneously
  sued as E*TRADE, INC.), and
  STEPHEN TACHIERA

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 9th of April, 2004, served a copy of the foregoing by United States mail, first class postage prepaid, to:

> Frederick A. Lovejoy, Esq.
> P.O. Box 56
> Easton, CT  06612
> Fax:  (203) 459-9943

_____
James A. Budinetz