Held 4/13/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

April 13, 2004

9:15 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:02-cv-188 (WWE)**    **Eggleston v. E-Trade**

James A. Budinetz
Pepe & Hazard
Goodwin Square
Hartford, CT 06103-4302

Frederick A. Lovejoy
Lovejoy & Associates
PO Box 56
Easton, CT 06612

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK