IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, ) ) ) ) Plaintiffs, ) ) v. ) ) E*TRADE SECURITIES, INC., et al., ) ) Defendants. ) ) | Civil Action No. 3:02CV188 (WWE) |

## DEFENDANTS' MOTION TO RECONSIDER A PORTION OF THE COURT'S FEBRUARY 10, 2004 ORDER

Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.) and Stephen Tachiera (collectively, "E*TRADE") respectfully move this Court pursuant to Local Rule 7(c) to reconsider that portion of the Court's order dated February 10, 2004, (the "Order") that requires a jury trial on issues relating to the formation of the agreement to arbitrate. As set forth more fully in the accompanying Memorandum of Law, E*TRADE requests reconsideration for two reasons:

- Plaintiffs never demanded a jury trial within the time permitted by the Federal Arbitration Act or at any time; and
- 9 U.S.C. § 3 governs E*TRADE's Motion and does not provide a right to a jury trial.

WHEREFORE, E*TRADE respectfully requests that the Court reconsider that portion of its Order that requires a jury trial and set this matter down for an evidentiary hearing before the Court.

**ORAL ARGUMENT NOT REQUESTED**

/00000/0/666906v1
02/20/04-HRT/

---

Handwritten annotation (left margin, by Judge):

The motion for reconsideration is GRANTED. The Court adheres to its previous decision to use an advisory jury. In light of the discussion at the status conference on April 13, 2004, WARREN W. EGINTON, SENIOR USDJ 4/13/04

FILED 2004 APR 13 P 1:01 U.S. DISTRICT COURT BRIDGEPORT, CONN