IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, ) ) ) Plaintiffs, ) ) v. ) ) E*TRADE SECURITIES, INC., *et al.*, ) ) Defendants. ) | Civil Action No. 3:02CV188 (WWE) APRIL 9, 2004 |

*4-21-04*
*Motion GRANTED*
*WARREN W. EGINTON*
*Senior United States District Judge*

## MOTION ON CONSENT FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.) and Stephen Tachiera (collectively "E*TRADE"), hereby file this Motion On Consent for Extension of Time seeking an additional twenty-four (24) days, up to and including May 3, 2004, within which to provide certain information and/or documents to Plaintiff pursuant to the Court's Order filed on March 26, 2004. In support of this Motion, E*TRADE respectfully states:

      1.      On March 18, 2004, the parties appeared before the Honorable Holly Fitzsimmons to address the permissible scope of discovery in advance of a trial limited to the formation of an agreement to arbitrate.

      2.      By Order filed March 26, 2004, the Court granted Plaintiffs limited discovery on two (2) discrete issues (the "Order").

1-NV/191069
/32581/2/673853v1
04/09/04-HRT/