UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EGGLESTON, et al. | : | 3:02cv188(WWE) |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| E*TRADE, et al., | : | |
| Defendants. | : | |

FILED
2004 APR 22 P 4: 19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## REFERRAL TO MAGISTRATE JUDGE

This above-captioned is referred to Magistrate Judge Holly Fitzsimmons for the following purposes:

__xxx__   All purposes including trial upon written request by all parties (orefcs.)

_____   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____   To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

_____   A ruling on the following pending motions:

_____   A settlement conference   (orefmisc./cnf)

_____   A scheduling conference   (orefmisc/cnf)

_____   Other:   (orefmisc./misc)

SO ORDERED this 22d day of April, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior U.S. District Judge