IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and ) <br> FREDERICK LOVEJOY, ) <br> ) <br> Plaintiffs, ) <br> ) Civil Action No. 3:02CV188 (WWE) <br> v. ) <br> ) <br> E*TRADE SECURITIES, INC., *et al.,* ) <br> ) <br> Defendants. ) <br> ) MAY 3, 2004 | |

**JOINT MOTION TO EXTEND DATE FOR PRETRIAL BRIEF**

Plaintiffs Frederick Lovejoy and Suzanne Eggleston and Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.) and Stephen Tachiera (collectively "E*TRADE) jointly move this Court to extend the date within which the parties may file pretrial briefs to July 12, 2004.  In support thereof, the parties represent as follows:

1. On or about December 22, 2003, the parties reached agreement with respect to, *inter alia,* a proposed trial date of May 17, 2004 (limited to the issue of whether the parties agreed to arbitrate their disputes).  Although the Court did not request pretrial briefs, the parties proposed a May 4, 2004 deadline for filing pretrial briefs.

2. The Court approved this schedule on or about December 30, 2003.

3. Thereafter, this Court set the matter down for a trial limited to the issue of arbitrability beginning on July 26, 2004 before The Honorable Warren Eginton.

4. On or about April 22, 2004, this matter was transferred to The Honorable Holly Fitzsimmons.

5. Because the trial will begin no earlier than July 26, 2004, the parties jointly request that the May 4, 2004 pretrial brief deadline be extended until July 12, 2004.

Accordingly, the parties respectfully request that this Court extend the deadline for the parties to submit their pretrial briefs until July 12, 2004.

Dated: May 3, 2004

        **LOVEJOY & ASSOCIATES**
        Attorney for Plaintiffs,
        Suzanne M. Eggleston and
        Frederick A. Lovejoy

By: _____
        Frederick A. Lovejoy (CT 03121)
        276 Center Road
        P. O. Box 56
        Easton, Connecticut 06612
        (203) 459-9941
        (203) 459-9943

**DEFENDANT
E*TRADE SECURITIES, INC.,
E*TRADE GROUP INC. and
STEPHEN TACHIERA**

_____
James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT 06103
e-mail: jbudinetz@pepehazard.com
Telephone: 860.241.2693
Facsimile: 860.522.2796

3

| | |
|---|---|
| **OF COUNSEL:** | Attorneys for Defendants E*TRADE SECURITIES, INC., E*TRADE GROUP, INC. (erroneously sued as E*TRADE, INC.), and STEPHEN TACHIERA |
| Douglas P. Lobel<br>ARNOLD & PORTER<br>1600 Tysons Boulevard, Suite 900<br>McLean, VA 22102<br>703.720.7035 (voice)<br>703.720.7399 (fax)<br>douglas_lobel@aporter.com | |