IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, <br><br> Plaintiffs, <br><br> v. <br><br> E*TRADE SECURITIES, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:02CV188 (WWE) |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.), and Stephen Tachiera.

Dated: May 6, 2004

Thomas J. Rechen, Esquire
Ct. Fed. Bar No.: ct03385
Pepe & Hazard LLP
225 Asylum St.
Goodwin Square
Hartford, CT 06103
e-mail: trechen@pepehazard.com
Telephone: 860.241.2639
Facsimile: 860.522.2796

Attorneys for Defendants
E*TRADE SECURITIES, INC.,
E*TRADE GROUP, INC. (erroneously
sued as E*TRADE, INC.), and
Stephen Tachiera

/00000/0/653278v1
05/06/04-HRT/

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 6th of May, 2004, served a copy of the foregoing via first class mail, postage prepaid to:

        Frederick A. Lovejoy, Esq.
        276 Center Road
        P.O. Box 56
        Easton, CT  06612
        Fax:  (203) 459-9943

Thomas J. Rechen