UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EGGLESTON et al.,               :
       Plaintiffs,          :
                            :
v.                              :    No. 3:02CV188(WWE)
                            :
                            :
E*TRADE et al.,                 :
       Defendants.          :

FILED 2004 JUN 10 PM 3:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### ORDER OF TRANSFER

In the interests of justice, the above-captioned case is hereby transferred to the docket of the Honorable <u>Judge Janet Bond Arterton</u> for all purposes. All future pleadings or documents in this matter should be filed with the Clerk's Office in <u>New Haven</u> and bear the docket number <u>3:02cv188(JBA)</u>. Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled.

    IT IS SO ORDERED.

    Dated this 9th day of June, 2004 at Bridgeport, Connecticut.

_____
Warren W. Eginton, Senior U.S. District Judge