IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, <br><br> Plaintiffs, <br><br> v. <br><br> E*TRADE SECURITIES, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:02CV188 (JBA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) JUNE 14, 2004 |

### DEFENDANTS' MOTION FOR STATUS CONFERENCE

Defendants E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.) and Stephen Tachiera (collectively "E*TRADE) respectfully move this Court for a status conference to discuss the scheduling of this matter in light of the recent transfer of this case from The Honorable Warren Eginton to this Court. In support thereof, E*TRADE represents as follows:

1. On or about June 10, 2004, this matter was transferred to this Court by Judge Eginton. As of the date of transfer, a trial limited to the issue of whether the parties formed an agreement to arbitrate disputes arising out of Plaintiff Lovejoy's E*TRADE on-line stock trading account was scheduled for July 26, 2004. Pre-trial briefs are currently due July 16, 2004.

2. Similarly, on June 10, 2004, E*TRADE filed a motion to compel the production of certain documents from Plaintiffs, which is now pending.

Accordingly, E*TRADE respectfully requests a status conference to discuss the scheduling of these matters at the Court's earliest convenience.

/0/0/682726v1
06/14/04-HRT/

Dated: June 14, 2004

DEFENDANT
E*TRADE SECURITIES, INC.,
E*TRADE GROUP INC. and
STEPHEN TACHIERA

_____
James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103
e-mail: jbudinetz@pepehazard.com
Telephone:  860.241.2693
Facsimile:  860.522.2796

**OF COUNSEL:**

Douglas P. Lobel
ARNOLD & PORTER
1600 Tysons Boulevard, Suite 900
McLean, VA 22102
703.720.7035 (voice)
703.720.7399 (fax)
douglas_lobel@aporter.com

Attorneys for Defendants
   E*TRADE SECURITIES, INC.,
   E*TRADE GROUP, INC.
   (erroneously
   sued as E*TRADE, INC.), and
   STEPHEN TACHIERA

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 14th of June, 2004, served a copy of the foregoing via first class mail, postage prepaid to:

> Frederick A. Lovejoy, Esq.
> P.O. Box 56
> Easton, CT  06612
> Fax:  (203) 459-9943

_____
James A. Budinetz