IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY, <br><br> Plaintiffs, <br><br> v. <br><br> E*TRADE SECURITIES, INC., *et al.*, <br><br> Defendants. | Civil Action No. 3:02CV188 (WWE) (HJF) <br><br><br><br><br><br> JUNE 10, 2004 |

### DEFENDANTS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

E*TRADE Securities, Inc. and the related defendants (collectively "E*TRADE"), respectfully move this Court pursuant to Local Rules 7 and 37 to compel Plaintiffs to produce certain documents in response to E*TRADE's discovery requests dated March 1, 2004. As explained more fully in the accompanying Memorandum of Law, the documents E*TRADE seeks bear directly upon the parties' formation of an agreement to arbitrate their disputes. In further support of its Motion, E*TRADE represents as follows:

1. By Order dated November 10, 2003, this Court ordered a limited trial on the issue of whether the parties agreed to arbitrate disputes arising out of Plaintiff Lovejoy's online trading account. The Court permitted the parties to conduct discovery on the formation of an agreement to arbitrate.

2. On March 1, 2004, E*TRADE propounded certain document requests upon Plaintiffs seeking, *inter alia*: (i) the customer agreements and account applications relating to Plaintiffs' other brokerage accounts; (ii) pleadings relating to the proper forum for resolving a

**ORAL ARGUMENT REQUESTED**

/32581/2/681916v1
06/10/04-HRT/

dispute that Plaintiff Lovejoy had with another securities brokerage firm that was initially filed in Connecticut Superior Court, but was later referred to arbitration; and (iii) Plaintiffs' copies of certain E*TRADE account statements and trade confirmations.

3. On May 7, 2004, Plaintiffs' objected to these requests.

4. As explained more fully in the accompanying memorandum of law, the documents E*TRADE seeks relate directly to the formation of the parties' agreement to arbitrate their disputes.

5. As set forth in the accompanying Affidavit of the undersigned (Exhibit A), the parties conferred in a good faith attempt to resolve Plaintiffs' objections without the intervention of the Court, but were unable to reach an agreement.

Accordingly, E*TRADE respectfully requests that this Court grant its Motion to Compel, and order Plaintiffs to produce the documents described more fully in the accompanying Memorandum of Law.

Dated: June 10, 2004

                            DEFENDANTS
                            E*TRADE SECURITIES, INC.,
                            E*TRADE GROUP INC. and
                            STEPHEN TACHIERA

James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT 06103
e-mail: jbudinetz@pepehazard.com
Telephone: 860.241.2693
Facsimile: 860.522.2796

| | |
|---|---|
| **OF COUNSEL:** | Attorneys for Defendants<br>E*TRADE SECURITIES, INC.,<br>E*TRADE GROUP, INC.<br>(erroneously<br>sued as E*TRADE, INC.), and<br>STEPHEN TACHIERA |
| Douglas P. Lobel<br>ARNOLD & PORTER<br>1600 Tysons Boulevard, Suite 900<br>McLean, VA 22102<br>703.720.7035 (voice)<br>703.720.7399 (fax)<br>douglas_lobel@aporter.com | |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 10th of June, 2004, served a copy of the foregoing by United States mail, first class postage prepaid, to:

> Frederick A. Lovejoy, Esq.
> P.O. Box 56
> Easton, CT  06612
> Fax:  (203) 459-9943

*James A. Budinetz*

# EXHIBIT A

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SUZANNE M. EGGLESTON and<br>FREDERICK LOVEJOY,<br><br>    Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES, INC., *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 3:02CV188 (WWE) (HJF)<br><br>June 10, 2004 |

### AFFIDAVIT OF JAMES A. BUDINETZ

I, James A. Budinetz, having been duly sworn according to law, hereby depose and state as follows:

1. My name is James A. Budinetz and I am an attorney with the law firm of Pepe & Hazard LLP, resident in the Hartford, Connecticut office. I am over the age of 18, and believe in the obligations of an oath.

2. In my capacity as an attorney, I represent E*TRADE Securities, Inc. and the related defendants (collectively "E*TRADE") in the above-captioned litigation.

3. I make this affidavit pursuant to Local Rule 37(a)(2), and in connection with E*TRADE's Motion to Compel the Production of Documents from Plaintiffs.

/32581/2/682152v1
06/10/04-HRT/

4. By letter to Plaintiffs' attorney, Frederick Lovejoy, dated June 2, 2004, I set forth in detail E*TRADE's position with respect to certain objections interposed by Plaintiffs in response to E*TRADE's March 1, 2004 discovery requests.

5. By letter dated June 3, 2004, Attorney Lovejoy, responded in writing, and advised that he disagreed with E*TRADE's position, and would stand on his objections. Attorney Lovejoy also advised E*TRADE that it should file a Motion to Compel should it wish to pursue the issues further.

6. By letter dated June 3, 2004, I responded to Attorney Lovejoy's letter, acknowledged receipt of his position on E*TRADE's discovery requests, and thanked him for advising me of his position. Later on June 3, 2004, I spoke with Attorney Lovejoy on an unrelated issue, and advised him that I had received his letter in which he expressed his position on the discovery disputes.

7. E*TRADE's letters were sent to Attorney Lovejoy in a good faith effort to resolve the discovery dispute short of court intervention, but the parties were unable to resolve the issues raised by E*TRADE's Motion.

James A. Budinetz

Subscribed and sworn
to before me this 10th
day of June, 2004.

Susan O. Bircelle
Notary Public
My Commission Expires: 2/28/05

2

/32581/2/682152v1
06/10/04-HRT/