UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jun 17  2 31 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

EGGLESTON, ET AL           :

v.                         :           NO. 3:02cv188 (JBA)

E*TRADE SECURITIES, INC., ET AL:

### ENDORSEMENT ORDER [DOC. #75]

Motion for Status Conference [doc. #75] is GRANTED. A telephonic status conference has been set down June 30, 2004 at 4:30 p.m. Attorney Budinetz shall initiate the conference call. Chambers: 203-773-2456. Status reports shall be submitted directly to chambers on or before June 25, 2004. See format attached.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   June 16, 2004

RE:     **CASE NO. 3:02cv188 (JBA)**

------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**

------------------------------------------------------------

On or before **June 25, 2004,**

THE PARTIES SHALL SUBMIT TO THE CHAMBERS OF THE HONORABLE JANET BOND ARTERTON [with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT'S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d)  THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

                        BY ORDER OF THE COURT
                        KEVIN F. ROWE, CLERK