**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**EGGLESTON, ET AL**              :

**v.**                             :    **NO. 3:02cv188 (JBA)**

**E*TRADE SECURITIES, INC., ET AL**:

### ENDORSEMENT ORDER [DOC. #72, 76]

Joint Motion to Extend Date for Pretrial Brief [doc. #72] is GRANTED to 10/15/04.  (See record of 6/29/04 conference.)

Based on the colloquy with counsel on the record 6/29/04, Defendants' Motion to Compel Production of Documents [doc. #76] is GRANTED, in part, as to Plaintiffs' E*Trade files and brokerage accounts applications and agreements within ten years.  Compliance shall be completed by 7/19/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**    **June 29, 2004**