UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EGGLESTON, ET AL              :

v.                            :    NO. 3:02cv188 (JBA)

E*TRADE SECURITIES, INC., ET AL:

## FINAL SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 6/30/04, the following final schedule is ordered:

1. All discovery will be completed 8/31/04.

2. The parties' Joint Trial Memorandum or separate Trial Memoranda will be due 10/15/04 and this matter will be deemed trial ready for a one or two day bench trial in November 2004.

3. A pre-trial conference will be held 10/25/04 at 3:00 p.m. in chambers room 118.

4. The parties' are referred to Magistrate Judge Margolis for the purpose of conducting a settlement conference. See Order of Referral.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** **June 29, 2004**