UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**EGGLESTON, ET AL**                     :

**v.**                                   : NO. 3:02cv188 (JBA)

**E*TRADE SECURITIES, INC., ET AL**      :

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔   -   Settlement Conference:
        *(Orefmisc.cnf)*

    -   Supervising discovery and resolving discovery disputes:
        *(Orefmisc.dscv)*

    -   Ruling On:
        *(Orefm.)*

    -   Referred for:
        *(Orefcs.)*

                                IT IS SO ORDERED.


                                _____
                                Janet Bond Arterton
                                United States District Judge

**Dated at New Haven, Connecticut: June 29, 2004**