IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY,<br><br>           Plaintiffs,<br><br>      v.<br><br>E*TRADE SECURITIES, INC., *et al.*,<br><br>           Defendants. | Civil Action No. 3:02CV188 (JBA)<br><br><br>JULY 30, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

E*TRADE Securities, Inc., and the related defendants (collectively "E*TRADE"), respectfully move pursuant to L. Civ. R. 7(b) for an extension of time in the amount of five (5) days within which to serve supplemental discovery pursuant to this Court's June 29, 2004 Order. In support thereof, E*TRADE represents as follows:

1.   During the June 29, 2004 telephonic status conference, this Court Ordered Plaintiffs to supplement their discovery responses by producing to E*TRADE: (i) their E*TRADE file; (ii) applications they submitted to open other brokerage accounts entered into during the past ten years; and (iii) other brokerage account agreements.

2.   Plaintiffs were ordered to provide these document to E*TRADE by July 19, 2004.

3.   Plaintiffs did not supplement their discovery on July 19, 2004.

/32581/2/688745v1
07/30/04-HRT/

4. On July 23, 2004, E*TRADE contacted Plaintiffs and requested that they provide the supplemental discovery immediately. Plaintiffs advised that they would supplement their discovery by July 28, 2004.

5. On July 29, 2004, E*TRADE received certain materials purportedly supplementing Plaintiffs' previous discovery responses. Plaintiffs did not provide any account applications or account agreements. Instead, Plaintiff Lovejoy provided a declaration attesting to, *inter alia*, the fact that the boxes in which these applications and agreements would have been maintained were destroyed when a vehicle struck Plaintiffs' garage in March 2004.

6. E*TRADE is still evaluating Plaintiffs' response and requires an additional five (5) days to determine whether supplemental discovery should be propounded to Plaintiffs or to third parties.

7. E*TRADE respectfully asserts that good cause exists for the short extension of time requested in light of Plaintiffs' late production.

8. This is E*TRADE's first extension of time with respect to this deadline, and this Motion is being filed within the existing deadline.

9. Counsel for the Plaintiffs has been contacted, and has no objection to the granting of this extension.

Wherefore, E*TRADE respectfully requests that this Court permit E*TRADE to propound supplemental discovery through and including August 5, 2004.

                                **DEFENDANTS**
                                **E*TRADE SECURITIES, INC.,**
                                **E*TRADE GROUP INC. and**
                                **STEPHEN TACHIERA**

/s/ James A. Budinetz

James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103
e-mail: jbudinetz@pepehazard.com
Telephone:  860.241.2693
Facsimile:  860.522.2796

| | |
|---|---|
| **OF COUNSEL:** | Attorneys for Defendants<br>   E*TRADE SECURITIES, INC.,<br>E*TRADE GROUP, INC.<br>(erroneously<br>sued as E*TRADE, INC.), and<br>STEPHEN TACHIERA |
| Douglas P. Lobel<br>ARNOLD & PORTER<br>1600 Tysons Boulevard, Suite 900<br>McLean, VA 22102<br>703.720.7035 (voice)<br>703.720.7399 (fax)<br>douglas_lobel@aporter.com | |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 30th of July, 2004, served a copy of the foregoing by United States mail, first class postage prepaid, to:

>Frederick A. Lovejoy, Esq.
>P.O. Box 56
>Easton, CT  06612
>Fax:  (203) 459-9943

*/s/ James A. Budinetz*