**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

EGGLESTON, ET AL                    :

v.                                  :    NO. 3:02cv188 (JBA)

E*TRADE SECURITIES, INC., ET AL:

<u>**ENDORSEMENT ORDER [DOC. #82]**</u>

Motion for Extension of Time [doc. #82] is GRANTED, absent objection, to and including 8/5/04.  All other deadlines remain unchanged and no further extensions will be granted.

IT IS SO ORDERED.

_____
_____        Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    <u>**August 04, 2004**</u>

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

EGGLESTON, ET AL                    :

v.                                  :    NO. 3:02cv188 (JBA)

E*TRADE SECURITIES, INC., ET AL:

### ENDORSEMENT ORDER [DOC. #72, 76]

Joint Motion to Extend Date for Pretrial Brief [doc. #72] is GRANTED to 10/15/04.  (See record of 6/29/04 conference.)

Based on the colloquy with counsel on the record 6/29/04, Defendants' Motion to Compel Production of Documents [doc. #76] is GRANTED, in part, as to Plaintiffs' E*Trade files and brokerage accounts applications and agreements within ten years. Compliance shall be completed by 7/19/04.


                              IT IS SO ORDERED.


_____

_____          Janet Bond Arterton, U.S.D.J.


**Dated at New Haven, Connecticut:**    **June 29, 2004**