IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and<br>FREDERICK LOVEJOY,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES, INC., *et al.*,<br><br>Defendants. | Civil Action No. 3:02CV188 (JBA) |

## JOINT MOTION TO EXTEND TIME TO FILE JOINT TRIAL MEMORANDUM AND TO POSTPONE PRETRIAL CONFERENCE

Pursuant to Local Rule 7(b), Plaintiffs, Frederick A. Lovejoy and Suzanne M. Eggleston, and Defendants, E*TRADE Securities, Inc., E*TRADE Group, Inc., and Stephen Tachiera, respectfully move this Court for an extension of time in the amount of thirty (30) days within which to submit the Joint Trial Memorandum and to postpone the Pretrial Conference by thirty (30) days. In support thereof, the parties state as follows:

1.  By Order dated June 29, 2004, this Court ordered the Parties to provide a Joint Trial Memorandum by October 15, 2004, and to participate in a Pretrial Conference on October 25, 2004.

2.  Counsel for the Parties have discussed compliance with the Court's Joint Trial Memorandum, and all parties desire to submit a complete and thorough Joint Trial Memorandum, stipulating to as many facts as possible.

3.  Counsel for Plaintiffs and Defendants, however, have encountered significant

/32581/2/697332v1
10/08/04-HRT/

difficulties in conferring with the witnesses expected to testify, exchanging proposed conclusions of fact and law, exchanging exhibit lists, and otherwise conferring on the stipulation of uncontested facts and an agreed statement of contested issues due to the unexpectedly heavy schedules of both counsel for Plaintiffs and Defendants.

4.  An extension of time in the amount of thirty (30) days with respect to the submission of the Joint Trial Memorandum and the Pretrial Conference would greatly assist both Plaintiffs and Defendants in submitting a thorough Joint Trial Memorandum to the Court.

5.  Based on the foregoing, Plaintiffs and Defendants respectfully assert that good cause exists for an extension of time through and including November 15, 2004 for the Parties to submit a Joint Trial Memorandum.  Similarly, the parties respectfully request that the Pretrial Conference be rescheduled for on or about November 24, 2004, subject to the Court's schedule.

6.  This is the Parties' first request for an extension of time with respect to this deadline, and this motion is being made within the existing deadlines.

WHEREFORE, Plaintiffs and Defendants jointly request that this Court grant their Motion to Extend Time.

Dated: October 8, 2004

Respectfully submitted,

**LOVEJOY & ASSOCIATES**
Attorney for Plaintiffs,
Suzanne M. Eggleston and
Frederick A. Lovejoy

By: /s/ Frederick Lovejoy
Frederick A. Lovejoy (CT 03421)
276 Center Road
P. O. Box 56
Easton, Connecticut 06612
(203) 459-9941
(203) 459-9943


James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT 06103
e-mail: jbudinetz@pepehazard.com
Telephone: 860.241.2693
Facsimile: 860.522.2796

Attorneys for Defendants
  E*TRADE SECURITIES, INC.,
  E*TRADE GROUP, INC. (erroneously
  sued as E*TRADE, INC.), and
  STEPHEN TACHIERA

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 8th day of October 2004, served a copy of the foregoing to be delivered by United States mail, first class postage prepaid, to:

>Frederick A. Lovejoy, Esq.
>P.O. Box 56
>Easton, CT  06612

James A. Budinetz