**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**EGGLESTON, ET AL**              :

**v.**                             :   NO. 3:02cv188 (JBA)

**E*TRADE SECURITIES, INC., ET AL**:

## ENDORSEMENT ORDER

Joint Motion to Extend Time to File Joint Trial Memorandum and to Postpone Pretrial Conference is GRANTED. The parties' Joint Trial Memorandum will be filed 11/15/04. All other scheduling will issue under separate order.

IT IS SO ORDERED.

_____                    Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**    <u>October    , 2004</u>