IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUZANNE M. EGGLESTON and FREDERICK LOVEJOY,<br><br>Plaintiffs,<br><br>v.<br><br>E*TRADE SECURITIES, INC., *et al.*,<br><br>Defendants. | Civil Action No. 3:02CV188 (JBA)<br><br><br>NOVEMBER 15, 2004 |

### DEFENDANTS' MOTION FOR LEAVE TO FILE TRIAL MEMORANDUM AND FOR SANCTIONS AGAINST PLAINTIFFS

The E*TRADE Defendant respectfully moves this Court: (1) for leave to file a Trial Memorandum independently of Plaintiffs; and (2) for sanctions arising out of Plaintiffs' failure to cooperate in connection with the Joint Trial Memorandum. As set forth below, Plaintiffs cavalierly ignored their obligation to cooperate in preparing the Joint Trial Memorandum. In support of this motion, E*TRADE represents as follows:

1. The parties' Joint Trial Memorandum was due to be filed on November 15, 2004.

2. Beginning on November 4, 2004, E*TRADE attempted to contact Frederick Lovejoy, Plaintiffs' counsel, to agree upon a date to exchange the parties' respective sections of the Joint Trial Memorandum. The undersigned proposed exchanging sections on or about

JAB/32581/2/702041v1
11/15/04-HRT/

November 10, 2004. Attorney Lovejoy did not respond. *See* **Exhibit A**.

3. Early in the week of November 8, 2004, the undersigned left a telephone message with Attorney Lovejoy, again attempting to confer with respect to the joint trial memorandum. Again, Attorney Lovejoy did not respond.

4. On Tuesday, November 9, 2004, Attorney Lovejoy contacted a paralegal in the undersigned's office, and requested a copy of the Court's form Joint Trial Memorandum. In response, the undersigned called Attorney Lovejoy and spoke with him, again requesting that the parties exchange the relevant sections on Wednesday, November 10, 2004. Attorney Lovejoy gave no indication that he could not exchange on that date or shortly thereafter—and certainly did not advise the undersigned that he was going out-of-state for the remainder of the week and would be unreachable. In addition, at the request of Attorney Lovejoy, the undersigned provided the latest version of E*TRADE's sections of the Joint Trial Memorandum, and solicited Attorney Lovejoy's comments and thoughts on the Stipulated Facts and Agreed Statements of Contested Issues. *See* **Exhibit B**. Attorney Lovejoy did not respond.

5. On Wednesday, November 10, 2004, the undersigned again attempted to contact Attorney Lovejoy by telephone, but received no response. Having heard nothing, the undersigned sent Attorney Lovejoy an email containing E*TRADE's sections of the Joint

Trial Memorandum. In addition, the email requested that Attorney Lovejoy provide Plaintiffs' proposed conclusions of law so that E*TRADE could file the required objections. *See* **Exhibit C**.

6.  Once again, there was no response from Attorney Lovejoy.

7.  On Thursday, November 11, 2004, the undersigned again wrote to Attorney Lovejoy, and again requested Plaintiffs' sections of the Joint Trial Memorandum. In addition, E*TRADE requested that Plaintiffs provide discovery responses that are long overdue. *See* **Exhibit D**.

8.  Attorney Lovejoy finally contacted the undersigned on Friday, November 12, 2004. Attorney Lovejoy advised he had been in Rhode Island on another matter. The undersigned requested that he provide Plaintiffs' proposed conclusion of law immediately. When Attorney Lovejoy was unable to do so, the undersigned requested that he do so by Saturday midday (November 13, 2004), because the undersigned had made arrangements to have support staff in the office over the weekend to complete the Joint Trial Memorandum and to prepare objections to Plaintiffs' proposed legal conclusions.

9.  Having received nothing by Saturday afternoon, the undersigned left a telephone message for Attorney Lovejoy, which was not returned. The undersigned also sent Attorney Lovejoy an email on Saturday, November 13, 2004, requesting Plaintiffs' sections of the

Joint Trial Memorandum, but received no response. *See* **Exhibit E**.

10. On Sunday, November 14, 2004, the undersigned was again prepared to confer regarding the Joint Trial Memorandum, and intended to prepare objections to Plaintiffs' Proposed Legal Conclusions.

11. When the undersigned received nothing by 3:00 p.m. Sunday afternoon—the day before the Joint Trial Memorandum was due—the undersigned faxed and emailed a letter to Attorney Lovejoy advising him that E*TRADE would be submitting its own Trial Memorandum. *See* **Exhibit F**.

12. At 9:30 a.m. on Monday, November 15, 2004—the day the Joint Trial Memorandum was due—E*TRADE received Plaintiffs' sections of the Trial Memorandum.

13. Because the deadline for filing the Trial Memorandum was only hours away, E*TRADE advised Plaintiffs that E*TRADE would file its own Trial Memorandum, as E*TRADE had previously advised Plaintiffs.

14. Based on the foregoing, E*TRADE respectfully requests leave to file a Trial Memorandum independently of Plaintiffs, as E*TRADE has been unable to secure the timely cooperation and participation of Plaintiffs in connection with the filing of a Joint Trial Memorandum.

15. Moreover, E*TRADE respectfully moves this Court to preclude Plaintiffs from

submitting proposed legal conclusions as E*TRADE has had no opportunity to provide meaningful objections to Plaintiffs' proposed legal conclusions.

16. In the alternative, E*TRADE respectfully requests that this Court enter a monetary sanction against Plaintiffs in the amount of $500 to compensate Defendants for the cost of secretarial overtime over the weekend and to discourage this type of conduct in the future. **In addition to the monetary fine, Defendants respectfully request that this Court permit it three (3) days from the filing of Plaintiffs' Proposed Conclusions of Law within which to file objections.**

WHEREFORE, for the foregoing reasons, E*TRADE respectfully requests that this Court: (1) permit E*TRADE to file a Trial Memorandum independently of Plaintiffs (2) strike Plaintiffs' proposed legal conclusions; or (3) in the alternative, impose a monetary sanction in the amount of $500 against Plaintiffs and permit E*TRADE three (3) days to file objections to Plaintiffs' proposed legal conclusions.

Dated: November 15, 2004

Respectfully submitted,

E*TRADE Securities, Inc., E*TRADE Group, Inc. (erroneously sued as E*TRADE, Inc.), and Stephen Tachiera

By _____
James A. Budinetz, Esquire
Ct. Fed. Bar No.: ct16068
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103
e-mail: jbudinetz@pepehazard.com
Telephone: 860.241.2693
Facsimile: 860.522.2796

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 15th day of November 2004, sent the foregoing via first class mail, postage prepaid, to:

>Frederick A. Lovejoy, Esq.
>P.O. Box 56
>Easton, CT  06612

_____
James A. Budinetz

**Budinetz, Jim**

---

| | |
|---|---|
| From: | Budinetz, Jim |
| Sent: | Thursday, November 04, 2004 6:19 PM |
| To: | 'lovejoyadm@aol.com' |
| Subject: | Joint Trial Brief |

Fred:

I'll be turning my attention to the joint trial memorandum tomorrow and working on it over the weekend as well. I'll try to have the defendant-specific sections to you mid-week, and would ask that you draft those sections that are plaintiff-specific so that we can exchange it then, and put the brief together fully next Friday for filing next Monday (Nov. 15). I'll also draft up the joint sections for your review, as well. Does that work for you?

Thanks --

Jim Budinetz
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103-4302
860.241.2693 (p)
860.522.2796 (f)
jbudinetz@pepehazard.com

*************************************************************
THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE AND ANY ATTACHED DOCUMENT(S) IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (860) 522-5175 OR BY ELECTRONIC MAIL (postmaster@pepehazard.com) IMMEDIATELY. THANK YOU.

**Budinetz, Jim**

From:       Budinetz, Jim
Sent:       Tuesday, November 09, 2004 4:20 PM
To:         'lovejoyadm@aol.com'

Fred: As you requested, here is the outline of the Joint Trial Memorandum. If you have any suggestions or comments, please let me know. I'd especially appreciate your thoughts on the stipulated facts/agreed contested issues sections. Thanks --



JOINT TRIAL
MORANDUM.DOC (6

Jim Budinetz
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103-4302
860.241.2693 (p)
860.522.2796 (f)
jbudinetz@pepehazard.com

************************************************************
THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE AND ANY ATTACHED DOCUMENT(S) IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (860) 522-5175 OR BY ELECTRONIC MAIL (postmaster@pepehazard.com) IMMEDIATELY. THANK YOU.

**Budinetz, Jim**

---

| | |
|---|---|
| From: | Budinetz, Jim |
| Sent: | Wednesday, November 10, 2004 7:47 PM |
| To: | 'lovejoyadm@aol.com' |
| Subject: | Joint Trial Memorandum |

Fred:

I've placed a couple calls to you to discuss the Joint Trial Memorandum. Last week I proposed exchanging sections today, but haven't heard from you with respect to whether that works for you. In any event, I am attaching the latest draft of the Joint Trial Memorandum. Since the draft I sent you yesterday, I have inserted Defendants' proposed findings of fact and conclusions of law. Could you please send me your proposed conclusions of law? Also, we need to confer regarding the sections on which we are to submit agreed facts and issues. Talk to you soon.

Thanks --



E*TRADE JOINT
;ENT.DOC (125 KB..

Jim Budinetz
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103-4302
860.241.2693 (p)
860.522.2796 (f)
jbudinetz@pepehazard.com

*************************************************************
THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE AND ANY ATTACHED DOCUMENT(S) IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE.  THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (860) 522-5175 OR BY ELECTRONIC MAIL (postmaster@pepehazard.com) IMMEDIATELY.  THANK YOU.

Exh. D

# PEPE&HAZARD LLP

A BUSINESS LAW FIRM

---

GOODWIN SQUARE  
225 ASYLUM STREET  
HARTFORD, CONNECTICUT 06103-4302  
860.522.5175 FACSIMILE: 860.522.2796

JAMES A. BUDINETZ  
Attorney at Law  
Direct: 860.241.2693  
jbudinetz@pepehazard.com

November 11, 2004

**VIA FACSIMILE  
AND U. S. MAIL**

Frederick Lovejoy, Esq.  
P. O. Box 56  
Easton, CT 06612

Re: *Eggleston, et al. v. E*TRADE, et al.*

Dear Fred:

To further supplement E*TRADE's production of documents in this matter, enclosed please find documents bearing bates nos. E*T00172 through E*T00203.

In addition, please be advised that I will not re-produce account statements pertaining to your account or trade confirmations, as I believe these are already in your possession. Should you require another copy of these documents, please contact me.

In addition, I am enclosing the revised Affidavit from Vivian Ryan. All of these documents were previously provided to you. Ms. Ryan provided the revised Affidavit to incorporate those documents that she located and produced immediately prior to her deposition on August 30, 2004.

I have not heard from you with respect to the Joint Trial Memorandum. Because we must file objections to one another's proposed legal conclusions by Monday, I must ask that you send me that portion of the Memorandum immediately. In addition, I am still awaiting your responses to E*TRADE's discovery dated August 5, 2004. Because we must designate the exhibits we intend to introduce at trial, I must have documents responsive to the production documents and interrogatories no later than close of business tomorrow.

Please give me a call to discuss the status of the Joint Trial Memorandum.

Very truly yours,

James A. Budinetz

Enc.

JAB/32581/2/701843v1  
11/11/04-HRT/    BOSTON        HARTFORD        FAIRFIELD COUNTY

www.pepehazard.com

**Budinetz, Jim**

---

**From:** Budinetz, Jim
**Sent:** Saturday, November 13, 2004 12:03 PM
**To:** 'lovejoyadm@aol.com'
**Subject:** Joint trial Memorandum

Fred:

As I told you last night when I asked for Plaintiffs' proposed legal conclusions, I have made arrangements to draft objections today (Saturday), but I must have the legal conclusions this morning. I have been very accommodating thus far, but it is now noon, and the Joint Trial Memorandum is due on Monday, and I still do not have your legal conclusions. Please provide them immediately.

Jim Budinetz
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103-4302
860.241.2693 (p)
860.522.2796 (f)
jbudinetz@pepehazard.com

*************************************************************
THE INFORMATION CONTAINED IN THIS ELECTRONIC MESSAGE AND ANY ATTACHED DOCUMENT(S) IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS NAMED ABOVE. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT YOU HAVE RECEIVED THIS DOCUMENT IN ERROR, AND THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE (860) 522-5175 OR BY ELECTRONIC MAIL (postmaster@pepehazard.com) IMMEDIATELY. THANK YOU.

Exh. F

# PEPE & HAZARD LLP
## A BUSINESS LAW FIRM

GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103-4302
860.522.5175 FACSIMILE: 860.522.2796

JAMES A. BUDINETZ
Attorney at Law
Direct: 860.241.2693
jbudinetz@pepehazard.com

November 14, 2004

**VIA FACSIMILE**

Frederick Lovejoy, Esq.
P. O. Box 56
Easton, CT 06612

    Re: *Eggleston, et al. v. E\*TRADE, et al.*

Dear Fred:

    As I informed you on Friday, I have been in the office both Saturday and Sunday, along with an associate and support staff, awaiting receipt of your proposed legal conclusions. It is now Sunday afternoon at 3:00 p.m. We have received nothing. I have left you repeated telephone messages and emails, which you have ignored.

    Accordingly, please be advised that I intend to file only Defendants' Trial Memorandum with the Court tomorrow. I would have appreciated at least a courtesy telephone call to advise me as to when I might expect your sections. As you know, I provided Defendants' sections to you on Wednesday, November 10, 2004.

    I am also reserving my right to seek appropriate relief as a result of Plaintiffs' failure to cooperate in preparing the Joint Trial Memorandum.

                                       Very truly yours,

                                       James A. Budinetz

JAB:kmr

/32581/2/702039v1
11/14/04-HRT/    BOSTON    HARTFORD    FAIRFIELD COUNTY
www.pepehazard.com