UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EGGLESTON, ET AL                :

v.                              :   NO. 3:02cv188 (JBA)

E*TRADE SECURITIES, INC., ET AL :

### FINAL SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 1/5/05, the following final scheduling is ordered:

1. Trial briefs will be filed 2/11/05.

2. Exhibits will be filed 2/18/05.

3. Bench trial will held Thursday, 2/24/05, 9:00 a.m. - 5:00 p.m. and Friday 2/25/05, 2:30 p.m. - 5:00 p.m., Courtroom Two.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:   **January    , 2005**