**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**EGGLESTON, ET AL**                    :

**v.**                                  :   NO. 3:02cv188 (JBA)

**E*TRADE SECURITIES, INC., ET AL**:


### ORDER OF DISMISSAL

This case is being administratively closed so that the parties can pursue arbitration proceedings [see February 16, 2005 correspondence].  Either party has the right to have this case restored to the active docket, if necessary and if exercised by motion filed no later than 45 days following completion of the arbitration proceedings.  Such motion shall be accompanied by a Supplemental 26(f) Planning Report so that a revised case scheduling order can be issued.

                                        IT IS SO ORDERED.


                                        _____
_____                         Janet Bond Arterton, U.S.D.J.


**Dated at New Haven, Connecticut:    March 28, 2005**